# Inspection Report

## Pendant Properties, LLC
## 10 W. Main Street
## Ardmore, Oklahoma



**For**

## EMC Insurance Companies
Policy No.:  6A1-93-44
Claim No.:  1631462

**February 23, 2021**

**Prepared by:**

ENGINEERING INC.
**EI File No.:  27021T**

Exhibit
3

# ENGINEERING INC.

COMMERCIAL – RESIDENTIAL INSPECTIONS ● CONSTRUCTION INVESTIGATIONS
P.O. BOX 1510, EDMOND, OK 73083-1510 ● PHONE: 405/341-2111 ● FAX: 405/844-0716
EMAIL: ENGINEERINGINC@SBCGLOBAL.NET

February 23, 2021

EMC Insurance Companies
Attn.: Mr. Doug Van Es, Claims Specialist
P.O. Box 1739
Wichita, Kansas 67201

Re:     **Policy No.: 6A1-93-44**
        **Claim No.: 1631462**
        **Insured: Pendant Properties, LLC**
        **Property Inspected: Colston Building**
        **Location: 10 W. Main Street, Ardmore, Oklahoma 73401-6516**
        **Services Performed: Engineering Inspection and Report**
        **Inspection Date: January 28, 2021**
        **EI No.: 27021T**

## PURPOSE:

On January 28, 2021 Engineering Inc. inspected the above referenced commercial office building to determine the existence of, and if found, the extents of storm damage to the building and roof as a result of high winds and/or hail. This report details our review, observations, and conclusions.

## BACKGROUND:

According to information from Ms. Jerri McKenzie the owner since April 2020, her representative Mr. Brian McCarty with Service First Roofing and Construction, and the Carter County Assessor's Office, this building was originally built in 1925 and contains approximately 8,552 square feet on six floors with an additional 2,405 square feet. She indicated that there have not been any major renovations or additions to the building since their purchase, and that the roof age is unknown but was existing at that time. She stated that they have experienced two big hail storms in the area last year that may have damaged the roof, and that there is a leak in an upstairs office on an exterior wall.

There were no building drawings at the time of this inspection, but an aerial photograph is provided in this report for reference (refer Figure No. 1). For the purpose of this report the building is assumed to face north.

PENDANT_000144



**Figure No. 1 – Colston Building – Aerial View**

**Note:  North is toward the top of page**



**Photo No. 1 – Front (north side) of building**

ENGINEERING INC.

Pendant Properties, LLC
10 W. Main Street, Ardmore, Oklahoma

Claim No.:  1631462
Page 4 of 34

**OBSERVATIONS:**

**Exterior:**

There were no original building drawings of this structure available at the time of this inspection, but observations indicated that this turn of the century six story building was constructed with cast in place concrete framing and load bearing clay brick and block masonry walls.  The building was supported on cast in place concrete foundation walls and continuous concrete spread footings at the full basement level, and the building utilized cast in place concrete floors and roof deck.

Inspection of the exterior of this building was conducted from the ground and roof surfaces, and evidence of storm activity in the form of older hail related dents were observed to some lightweight metal components.  Hail related dents were noted to the lightweight metal guttering on the north (front) entrance awning, to the first floor aluminum window sills on the north and west sides, to the west side metal awning, and to the south side aluminum awning.  Investigation of the remaining floors determined that only the first floor north and west sides utilized these lightweight aluminum window frame coverings.  Close examination of these hail impacts revealed a lack of recent hail related spatter and established a darker patina with accumulations of dirt and debris consistent with older occurrences.  Observations of the remaining west side exterior uncovered vertical vinyl siding that did not exhibit impact damage from hail stones, and no cracks, splits, or indentations were located.  The south side of this building was covered with clay brick, and cracked window pane glass was noted in a few locations but these were not accompanied by localized impact damage that would be expected if caused by large hail stones.  Examination of a few of these affected windows revealed discoloration along the cracks that were not consistent with a recent occurrence.

The owner's representatives pointed out inconsistencies in the decorative sawtooth metal panels surrounding the north side awning and west side wall decoration, but close examination of these inconsistencies determined that they were due to manufacturing or possibly installation variations

**Exterior (cont.):**

and were not consistent with hail fall.  They also indicated that the edge chipping and spalling on the roughly 100 year old exterior glazed terra cotta blocks on the north and west sides may be due to hail damage, but investigation of these on both sides of the building uncovered "crazing" or a series of micro-cracking and congregated chipped areas where increased amounts of moisture would be present, both of which are common occurrences for this type of older material, and suggested that these were age related and not from hail damage.  Close examination of a number of these chipped areas also revealed weathered surfaces that had discolored over time, a lack of small pieces of affected material, and not sharp but worn fracture edges.

No wind related damage was observed to the exterior of this building, no debris affected areas, and no detached metal roof edge guttering or downspouts, attached signage, detached exterior lights, or window glass or frames.  Observations of the awnings on the north, west, and south sides also did not reveal evidence of high winds or dislodged metal roof or accent panels.

According to the owner, water intrusion was limited to an office exterior wall but at the time of this inspection their representative was unsure where this was occurring and the condition could not be inspected.

ENGINEERING INC.

Pendant Properties, LLC
10 W. Main Street, Ardmore, Oklahoma

Claim No.:  1631462
Page 6 of 34

Photo No. 2 – North (front) side of building





Photo No. 3 – Plaque on north side of building

Photo No. 4 – North side entrance awning –
no hail caused dents in sawtooth metal
panels





Photo No. 5 – Close up of small hail caused dents in lightweight metal roof edge guttering on awning in above photo



Photo No. 6 – Close up of north side window in above photo



Photo No. 7 – Close up of older hail related dents in aluminum window sill in above photo

Pendant Properties, LLC
10 W. Main Street, Ardmore, Oklahoma

Claim No.:  1631462
Page 8 of 34



Photo No. 8 – Close up of older hail related dents in aluminum window sill



Photo No. 9 – Chips and crazing in glazed terra cotta ion above photo – not consistent with hail damage



Photo No. 10 – Chips in glazed terra cotta near sidewalk in above photo – not consistent with hail damage

ENGINEERING INC.



Photo No. 11 – West side of building

Photo No. 12 – Sawtooth decorative metal panels in above photo – note inconsistencies not due to hail





Photo No. 13 – Close up of older hail related dents in aluminum window sills this side



Photo No. 14 – West side awning over ATM



Photo No. 15 – Older hail caused dents observed in west side awning



Photo No. 16 – No hail caused damage to vinyl siding above west side awning



ENGINEERING INC.



Photo No. 17 – Chips in glazed terra cotta wainscot – not consistent with hail damage

Photo No. 18 – South side of building





Photo No. 19 – Cracked window pane glass on south side – not consistent with hail damage



Photo No. 20 – South side aluminum awning – older hail dents noted



Photo No. 21 – East side of building

**Roof and Parapet Coverings:**

This building was roughly rectangular in shape, and the roofs were divided into four separate main levels including the elevator and equipment penthouse roofs, the main upper level roof, a lower level roof and a slightly depressed lower roof.  Awning roofs were noted on the north, west, and south sides, and a small roof on the southeast corner that the owner's representative indicated was a part of the building.  The building roofs, penthouse roofs, and north side awning roof utilized older three-ply built up bituminous roof systems with gravel ballast and the parapets were covered with a bituminous coating possibly asphalt roof cement over a reinforcing fabric over an older bituminous parapet covering.  The small roof on the southeast corner was covered with modified bitumen rolled roofing membrane.

All of the roof surfaces on this building were flat with elevated parapets on all sides and various mechanical and plumbing roof penetrations including roof top equipment and air conditioning condensers that rested either directly on the roof surface or on dedicated equipment curbs.  Inspection of the roof, parapets, and roof curb surfaces were conducted in their entirety including test areas that required the removal of the gravel ballast to more closely inspect the bituminous flood coat for wind debris and/or hail damage.  Observations of the gravel ballast in the field of the roofs did not uncover "splash" marks from large damaging hail, and close examination of the test square areas did not reveal evidence of recent hail damage or wind borne debris, or recently displaced embedded gravel or flood coat fractures.  Scrutiny of areas where the gravel ballast was missing or thinning, including areas of repair, revealed some wear of the surface material from aging but no cracks or splits from hail hits or strikes, and no notable deterioration of the roofing materials although older missing embedded gravel in the exposed flood coat areas was recorded.  Inspection of the parapets on this building revealed what appeared to be asphalt cement hand applied over a fiber mesh reinforcing on top of an older bituminous parapet covering.  The owner's representative circled areas on the tops and on all four parapet faces that they felt were hail related,

**Roof and Parapet Coverings (cont.):**

and examination of these locations revealed incomplete coverage of the hand applied bituminous material that created gaps where the undamaged reinforcing fabric was exposed.   These inconsistencies were apparently created when hand troweling was performed as swirls and ridges lined the openings or were too thin exposing the reinforcing, and tell-tale hail damage including cracks and indentations were missing in all locations.  No hail caused cracks, scuffs, or dents were observed on any of the parapet or equipment curb faces.  Assessment of the small, modified bitumen covered roof near the southeast corner was performed and older foot traffic scuffs and wear and tear of the membrane surface was identified, but no localized impacts associated with hail hits or strikes were noted.  Hail related dents were observed in the small air conditioning condenser fins on several of the roof top units, and upon examination these impacted areas suggested that recent hail at this location was smaller and not likely to damage the roof or parapet coverings.  Older hail related dents were chalked on some of the metal HVAC ducts on the roof by the owners representative, but these were older and consistent with the age of the building.

Additional investigation of modified bitumen parapet repairs on the lower roof identified a number of locations where the surface had been affected in circular or oval patterns not consistent with hail damage.  Pigeon excrement was noted in these locations on the repairs, and close examination of a number of these locations where the membrane had been affected revealed this pigeon activity.

No evidence was found of high winds on these roof surfaces including a lack of displaced light weight roof top metal vent caps, dislodged roofing material, or displaced roof top equipment or ductwork.



Photo No. 22 – North side awning, view looking east

Photo No. 23 – North side awning – no hail to exposed bitumen surfaces, note previous repairs



Photo No. 24 – Small roof on southeast corner, view looking north



Photo No. 25 – Modified bitumen roof surface in above photo – traffic scuffs observed but no hail hits



Photo No. 26 – Main upper roof surface, view looking east



Photo No. 27 – Main upper roof surface, view looking south

ENGINEERING INC.

Pendant Properties, LLC
10 W. Main Street, Ardmore, Oklahoma

Claim No.:  1631462
Page 17 of 34



Photo No. 28 – Elevator penthouse on north end of upper roof

Photo No. 29 – Elevator penthouse roof





Photo No. 30 – Elevator penthouse parapet – note wear, incomplete coverage incorrectly marked as hail by owners representative

ENGINEERING INC.

Pendant Properties, LLC
10 W. Main Street, Ardmore, Oklahoma

Claim No.:  1631462
Page 18 of 34



Photo No. 31 – Mechanical equipment penthouse on south end of upper roof



Photo No. 32 – Mechanical equipment penthouse roof



Photo No. 33 – Test area on south end of roof

Engineering Inc.

PENDANT_000160



Photo No. 34 – Close up of test area – no evidence of hail damage noted

Photo No. 35 – West facing parapet – no hail damage observed





Photo No. 36 – Close up of above parapet showing incomplete coverage of fabric reinforcing – no hail damage noted



Photo No. 37 – South facing parapet – no hail damage observed



Photo No. 38 – Close up of above parapet showing incomplete coverage of fabric reinforcing – no hail damage noted



Photo No. 39 – Close up of above parapet showing incomplete bituminous coating coverage – no hail damage noted



Photo No. 40 – Close up of above parapet showing incomplete coverage of fabric reinforcing – no hail damage noted

Photo No. 41 – Close up of above parapet – note advanced deterioration of coating





Photo No. 42 – Area of roof repair without gravel – no hail hits observed

Engineering Inc.



Photo No. 43 – Parapet above building front – no hail damage observed



Photo No. 44 – Close up of above parapet – no hail damage noted



Photo No. 45 – Close up of above parapet – note exposed fabric reinforcing in alligator cracks – not due to hail

Pendant Properties, LLC
10 W. Main Street, Ardmore, Oklahoma

Claim No.: 1631462
Page 23 of 34



Photo No. 46 – East facing parapet – no hail damage observed

Photo No. 47 – Close up of east facing parapet – note wear, incomplete coverage incorrectly marked as hail by owners representative





Photo No. 48 – Close up of east facing parapet – note wear, incomplete coverage incorrectly marked as hail by owners representative

ENGINEERING INC.

Pendant Properties, LLC
10 W. Main Street, Ardmore, Oklahoma

Claim No.:  1631462
Page 24 of 34

Photo No. 49 – Close up of above photo –
note wear, incomplete coverage incorrectly
marked as hail by owners representative



Photo No. 50 – Close up of east facing
parapet – note previous repairs, wear and
incomplete coverage incorrectly marked as
hail by owners representative



Photo No. 51 – Area of roof repair – note
missing gravel – no hail hits observed

ENGINEERING INC.



Photo No. 52 – North facing parapet – no hail damage observed



Photo No. 53 – Close up of north facing parapet – incorrectly marked hail by owners representative



Photo No. 54 – Close up of parapet in above photo – note wear, incomplete coverage incorrectly marked as hail by owners representative



Photo No. 55 – Close up of parapet in above photo – note wear, incomplete coverage incorrectly marked as hail by owners representative



Photo No. 56 – Roof top air conditioning condensers – minor hail dents noted



Photo No. 57 – Roof top air conditioning condensers – minor hail dents noted



Photo No. 58– Original mortar within glazed terra cotta chip at upper roof level – note "crazing"



Photo No. 59– Original mortar within glazed terra cotta chip at upper roof level – note "crazing"



Photo No. 60– Delamination of glazing and "crazing" on terra cotta at upper roof level – note repair



Photo No. 61 – Lower level roof (left) and depressed lower level roof (right)



Photo No. 62 – Depressed lower level roof



Photo No. 63 – Lower level roof surface, view looking north



Photo No. 64 – East side parapet on lower level roof



Photo No. 65 – Close up of above parapet - note wear and tear, no hail damage noted



Photo No. 66 – Close up of lightweight aluminum roof vent cap – note smaller hail related dents



Photo No. 67 – Roof top air conditioning condensers on lower roof



Photo No. 68 – Pigeon related blemishes in modified bitumen repairs

Photo No. 69 – Lower level roof surface, view looking southwest – minimal dents attributable to hail to large HVAC unit



ENGINEERING INC.

Pendant Properties, LLC
10 W. Main Street, Ardmore, Oklahoma

Claim No.:  1631462
Page 31 of 34



Photo No. 70 – Metal HVAC ducts in above photo – minor non-damaging hail hits noted

Photo No. 71 – Metal HVAC duct in above photos – minor non-damaging hail hits noted





Photo No. 72 – Depressed lower level roof – no hail damage to air conditioning condensers

ENGINEERING INC.

**DISCUSSION:**

On January 28, 2021 Engineering Inc. inspected the above referenced commercial building to determine the existence of, and if found, the extents of storm damage to the building and roof as a result of high winds and/or hail.

Inspection of the exterior, roof, and parapet surfaces on the four separate main levels including the elevator and equipment penthouse roofs, the main upper level roof, a lower level roof and a slightly depressed lower roof on this building did not uncover storm damage to the three-ply built up bituminous and gravel ballast roof systems or to the bituminous coated parapets. Inspection of these areas revealed evidence of storm damage in the form of hail caused dents were observed to the small air conditioning condenser fins on several of the roof top units, and one large unit on the lower roof level, but these impacted areas were caused by smaller hail that was not likely to damage the roof or parapet coverings. Cosmetic but not damaging hail related dents were noted to some of the metal components and cladding on this roughly 100 year old building including the lightweight aluminum roof vent caps, lightweight metal guttering on the north (front) entrance awning, the first floor aluminum window sills on the north and west sides, the west side metal awning, south side aluminum awning, and on some of the lower roof exposed metal HVAC ducts. These hail impacts were studied and revealed a darker patina with accumulations of dirt and debris consistent with older occurrences, and a lack of recent hail related spatter. No storm related damage was noted to the weaker exterior vinyl siding, window pane glass, decorative sawtooth metal panels, or to the exterior glazed terra cotta. No areas of water intrusion were indicated during our inspection.

Weather research for hail including the National Weather Service and Hail Verification Report #16011165 produced by CoreLogic Spatial Solutions, LLC at this location indicated that hail 1.0" in diameter or larger, an accepted minimum for creating damage to the most susceptible building components, may have occurred on Aug 16, 2020 (1.0 in. diameter) and Apr 21, 2020 (1.0" diameter), and prior to that not since May 22, 2011 (1.4 in diameter). While radar generated reports are an indicator of the maximum sized hail that could have fallen in the vicinity of this property, it is not a guarantee that this sized hail may actually have occurred.

**CONCLUSIONS:**

Based on my inspection of this property including visual observations and measurements, and weather research, my professional opinions of the damage to this building and roof systems as a result of wind and/or hail storms are expressed in the following conclusions / recommendations:

1. Storm damage to this building and roof system consists of:
    a. Hail damage to the cooling fins on some of the small roof top air conditioning condenser units on the upper and lower roofs / comb condenser fins.
    b. Hail damage to the cooling fins on a large sized roof top air conditioning condenser unit on the lower roof / comb condenser fins.

2. Storm activity (cosmetic only, no functional damage) is as follows:
    a. Hail dents / impacts to the lightweight aluminum roof top vent caps.
    b. Hail dents / impacts to the roof top metal HVAC ducts on the lower roof.
    c. Hail dents / impacts to the residential metal roof guttering on the front awning.
    d. Hail dents / impacts to the metal awnings on the west and south sides of the building.
    e. Hail dents / impacts to the first floor aluminum window sills on the north and west sides.

We appreciate the opportunity to perform this inspection and provide this engineering report.  If you should have any questions, please feel free to contact our office at 405-341-2111.

*Shawn M. Thompson*

**Shawn M. Thompson, P.E.**
**ᴇɴɢɪɴᴇᴇʀɪɴɢ ɪɴᴄ.**
**Certificate of Authorization No. 2643**
**Expires:  June 30, 2022**



**LIMITATIONS:**  This inspection report is provided for the sole use of the addressee and/or their designated representatives. Unless noted otherwise, this inspection was non-invasive and entirely visual, and no testing was conducted on or to detect items such as, but not limited to: type, strength or grade of building materials, environmental or other hazards, air quality, soil properties, utility adequacy, or infestation by insects or other organisms.  This inspection was not a review for compliance with any building code standards, unless noted otherwise indicated.  There is no claim either stated or implied that all conditions were observed, or all defects identified, or that none will develop in the future.  This report was based on information available to us at the time of writing, and should additional information become available we reserve the right to revise our opinions and conclusions.  It is not technically exhaustive.  It is not a bid or warranty of future performance and does not constitute complete plans and/or specifications.  Conclusions or statements expressed in the report are the opinions of the signing Engineer, and cannot be changed or clarified except in writing by the Engineer.  Photographs taken during the inspection (s), all of which may not be included in this report, have been retained in our files.  The brightness and/or contrast of some photographs in this report may have been enhanced for clarity as well as being cropped from their original size in order to highlight a specific item or feature.  However, there have been no significant changes that would alter the factual representations shown in the photographs.  The liability of the signing Engineer, Engineering Inc., its employees and owners, collectively, is limited to the addressee only, and to the amount of the fee received from the addressee for this inspection and report.  No other liability whatsoever is assumed.