

P.O. Box 1739  
Wichita, KS 67201-1739  
Phone 316.352.5832  
FAX 888.992.7441  
www.emcinsurance.com

April 2, 2021

Insured:

Pendant Properties LLC  
2 W Main St STE 200  
Ardmore, OK 73401-6503

RE:  **Claim Number:** 1631462  
**Date of Loss:** 08/16/2020  
**Type of Loss:** Hail  
**Location:** 10 W Main St. Ardmore, OK 73401

Dear Jerri McKenzie:

Employers Mutual Casualty Insurance Company affords coverage under the Bldg & Personal Prop Coverage Form CP0010 (10/12), with Causes of Loss Special Form CP1030 (09/17), and Limitation on Cov for Roof Surfacing endorsement CP1036 (10/12), with policy number 6A1-93-44 and effective dates 04/01/2020 through 04/01/2021.

**Your check has been requested and will mail under separate cover.** We have withheld applicable depreciation per the loss settlement terms of the policy. You have 180 days to notify us of your intent do repairs. The final payment will not exceed the monies actually spent on the repair/replacement. To make claim for the withheld depreciation, return this form along with the receipts, invoices or other supporting documents to:

PROPERTY CLAIMS  
EMC INSURANCE COMPANIES  
PO BOX 1739  
WICHITA KS 67201

| | |
|---|---|
| **Replacement Cost Value** | $ 18,352.28 |
| **Less Recoverable Depreciation** | $ -2,847.71 |
| **Actual Cash Value** | $ 15,504.57 |
| **Less Policy Deductible** | $ -5,000.00 |
| **Net Payment** | $ 10,504.57 |

The recoverable depreciation available upon completion if incurred is $2,847.71.

If you cannot get the repairs done for the total we estimated, get a written quote, notify us, and get our approval before repairs are made. No supplements will be accepted without prior approval.

**EXHIBIT 4**

Employers Mutual Casualty Company  
EMC National Life Company  
EMCASCO Insurance Company  
EMC Property & Casualty Company  
EMC Reinsurance Company  
EMC Risk Services, LLC  
EMC Underwriters, LLC  
Dakota Fire Insurance Company  
Hamilton Mutual Insurance Company  
Illinois EMCASCO Insurance Company  
Union Insurance Company of Providence

PENDANT_000132

**EMC Insurance Companies**

Engineer Shawn Thompson of Engineering Inc performed an inspection of your building on January 28, 2021. A copy of his report is enclosed. Per our engineer inspection, no hail damage was observed to your three-ply built up bituminous roof systems with gravel ballast, bituminous coated parapet walls, or modified bitumen rolled roofing membrane.

The engineer noted hail damage to various HVAC cooling fins, ductwork, lightweight aluminum vent caps, guttering, awnings, and aluminum window trim. We have included these damages in the enclosed estimate.

Thank you very much for insuring your property with EMC Insurance Companies. We are pleased to be of service to you. Please contact me at your convenience if you have any questions regarding the handling of your claim.

Thank you for your cooperation in this matter.


Sincerely,

*[signature]*

Doug Van Es
Claims Specialist
EMC Insurance Companies
(316) 352 5827
(800) 223-0562 x5827
Doug.j.vanes@emcins.com

CC Watkins Insurance Agency LLC

Count on EMC.

PENDANT_000133

# Statement of Loss                                         Claim #  1631462

## Premier Inspection Services, Inc.

|  |  |
|---|---|
|  | 3/15/2021 |
| **Adjuster** Larry Umber | |
| **Phone** (405) 226-5213 | |
| **Insured Name** Pendant Properties, LLC | |
| **Loss Address** 10 West Main St. 200, Ardmore, OK 73401-6503 | |
| **Phone Number** | |
| **Other Phone**    **Ins Claim #**  1631462 | **Date of Loss**  8/16/2020 |
| **Ins Company** | |

## Abstract of Coverage

| **Policy #** | 6a1-93-44 | **Effective** | - | |
|---|---|---|---|---|
| **Forms** | | | | |
| **Coverage** | **Limit** | | **Co-Insurance** | **Deductible** |
| Loc 1 Bld 1 | $4,250,978.00 | | 80% Coinsurance/RCV | $5,000.00 |

### Coverage - Loc 1 Bld 1

Coverage    $4,250,978.00    80% Coinsurance/RCV

|  | RC Detail | ACV Detail | Value | Loss | Claim |
|---|---|---|---|---|---|
| **Replacement Cost Value** | $4,594,401.20 | | $4,594,401.20 | | |
| Required: 80% of $4,594,401.20=$3,675,520.96 | | Complies | | | |
| **Actual Cash Value** | | $644,929.43 | $644,929.43 | | |
| **Total Estimated Loss** | $18,352.28 | $18,352.28 | | $18,352.28 | |
| Less Depreciation | | ($2,847.71) | | | |
| **ACV Loss** | | $15,504.57 | | | |
| Less Non-Recoverable Depreciation | ($0.00) | | | | |
| **Sub-Total** | $18,352.28 | $15,504.57 | | | |
| Less Deductible Applied | ($5,000.00) | ($5,000.00) | | | |
| **Adjusted Loss Amount** | $13,352.28 | $10,504.57 | | | $13,352.28 |
| **Recoverable Depreciation** | $2,847.71 | | | | |

| **Total Loss & Claim** | | | | $18,352.28 | $13,352.28 |
|---|---|---|---|---|---|
| **Total Recoverable Depreciation** | $2,847.71 | | | | |

A copy of this document does not constitute a settlement of this claim.  The above figures are subject to insurance company approval.

**Accepted by** _____

PENDANT_000134

 **Premier Inspection Services, Inc.**

| | |
|---|---|
| Insured: | Pendant Properties, LLC |
| Property: | 10 West Main St. 200 |
| | Ardmore, OK 73401-6503 |

| | | | |
|---|---|---|---|
| Claim Rep.: | Larry Umber | Business: | (405) 226-5213 |
| Position: | Adjuster | E-mail: | Inspection1@fastmail.net |
| Company: | Premier Inspection Services, Inc | | |
| Business: | PO Box 721390 | | |
| | Norman, OK 73070 | | |

| | | | |
|---|---|---|---|
| Estimator: | Larry Umber | Business: | (405) 226-5213 |
| Position: | Adjuster | E-mail: | Inspection1@fastmail.net |
| Company: | Premier Inspection Services, Inc | | |
| Business: | PO Box 721390 | | |
| | Norman, OK 73070 | | |

| | | | | | |
|---|---|---|---|---|---|
| **Claim Number:** | 1631462 | **Policy Number:** | 6A1-93-44 | **Type of Loss:** | Hail |

| | | | |
|---|---|---|---|
| Date of Loss: | 8/16/2020 | Date Received: | 12/2/2020 |
| Date Inspected: | 12/17/2020 | Date Entered: | 12/2/2020 5:28 PM |

| | |
|---|---|
| Price List: | OKAD8X_MAR21 |
| | Restoration/Service/Remodel |
| Estimate: | PENDANTHAIL |

Everything listed on the estimate has to be approved by the carrier before it becomes Official.

 **Premier Inspection Services, Inc.**

## PENDANTHAIL

### Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Remove Wrap wood window frame & trim with aluminum sheet - XLarge | 8.00 EA | 43.60 | 0.00 | 69.76 | 418.56 | (0.00) | 418.56 |
| 2. Wrap wood window frame & trim with aluminum sheet - XLarge | 8.00 EA | 239.54 | 46.88 | 392.64 | 2,355.84 | (490.80) | 1,865.04 |
| **Aluminum trim at the bottom of windows on the north and west side.** | | | | | | | |
| 3. Remove Furnace vent - rain cap and storm collar, 24"* | 4.00 EA | 9.97 | 0.00 | 7.98 | 47.86 | (0.00) | 47.86 |
| 4. Furnace vent - rain cap and storm collar, 24"* | 4.00 EA | 72.95 | 12.12 | 60.78 | 364.70 | (75.98) | 288.72 |
| **Xactimate does not have this large of a cap so I took 8" times for to get the price of a 24"** | | | | | | | |
| 5. Remove Gutter / downspout - aluminum - up to 5" | 50.00 LF | 0.47 | 0.00 | 4.70 | 28.20 | (0.00) | 28.20 |
| 6. Gutter / downspout - aluminum - up to 5" | 50.00 LF | 5.33 | 12.32 | 55.76 | 334.58 | (69.71) | 264.87 |
| **Guttering attached to front awning** | | | | | | | |
| 7. Prime & paint gutter / downspout | 50.00 LF | 1.48 | 0.96 | 15.00 | 89.96 | (18.74) | 71.22 |
| 8. Remove Carport - Freestanding metal - Heavy load | 275.00 SF | 1.90 | 0.00 | 104.50 | 627.00 | (0.00) | 627.00 |
| 9. Carport - Freestanding metal - Heavy load | 275.00 SF | 13.73 | 235.38 | 802.24 | 4,813.37 | (1,002.79) | 3,810.58 |
| **West awning with hail dents** | | | | | | | |
| 10. Electrician - per hour | 8.00 HR | 95.02 | 0.00 | 152.04 | 912.20 | (0.00) | 912.20 |
| **Charge allowed to R&I lights under west awning.** | | | | | | | |
| 11. Remove Carport - Freestanding metal - Heavy load | 100.00 SF | 1.90 | 0.00 | 38.00 | 228.00 | (0.00) | 228.00 |
| 12. Carport - Freestanding metal - Heavy load | 100.00 SF | 13.73 | 85.59 | 291.72 | 1,750.31 | (364.65) | 1,385.66 |
| **South side awning over back door** | | | | | | | |
| 13. Remove Exhaust cap - through roof - 6" to 8" | 4.00 EA | 8.36 | 0.00 | 6.68 | 40.12 | (0.00) | 40.12 |
| 14. Exhaust cap - through roof - 6" to 8" | 4.00 EA | 77.42 | 12.49 | 64.44 | 386.61 | (80.54) | 306.07 |
| **Totals: Exterior** | | | 405.74 | 2,066.24 | 12,397.31 | 2,103.21 | 10,294.10 |

### HVAC Work

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 15. Comb and straighten a/c condenser fins - with trip charge | 1.00 EA | 166.38 | 0.00 | 33.28 | 199.66 | (0.00) | 199.66 |
| **1 comb includes trip charge** | | | | | | | |
| 16. Comb and straighten a/c condenser fins - w/out trip charge | 11.00 EA | 71.28 | 0.00 | 156.82 | 940.90 | (0.00) | 940.90 |
| **These are combing after paid for trip charge on 1st unit. These include all damage units on all roofs noted.** | | | | | | | |

PENDANTHAIL                                           3/15/2021              Page: 2

PENDANT_000136



**Premier Inspection Services, Inc.**

### CONTINUED - HVAC Work

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 17. Comb/straighten a/c cond. fins - w/out trip charge - Large | 1.00 EA | 95.00 | 0.00 | 19.00 | 114.00 | (0.00) | 114.00 |
| **The one larger unit on lower roof** | | | | | | | |
| 18. Remove Ductwork - hot or cold air - Extra large size | 60.00 LF | 1.40 | 0.00 | 16.80 | 100.80 | (0.00) | 100.80 |
| 19. Ductwork - hot or cold air - Extra large size | 60.00 LF | 48.34 | 77.58 | 595.60 | 3,573.58 | (744.50) | 2,829.08 |
| 20. Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | 420.25 | 0.00 | 84.06 | 504.31 | (0.00) | 504.31 |
| **Dumpster for air returns** | | | | | | | |
| 21. HVAC - General Laborer - per hour | 12.00 HR | 36.23 | 0.00 | 86.96 | 521.72 | (0.00) | 521.72 |
| **Added labor to remove and secure to roof** | | | | | | | |
| **Totals: HVAC Work** | | | 77.58 | 992.52 | 5,954.97 | 744.50 | 5,210.47 |
| **Line Item Totals: PENDANTHAIL** | | | 483.32 | 3,058.76 | 18,352.28 | 2,847.71 | 15,504.57 |

 **Premier Inspection Services, Inc.**

## Summary for Loc 1 Bld 1

| | |
|---|---:|
| Line Item Total | 14,810.20 |
| Material Sales Tax | 483.32 |
| Subtotal | 15,293.52 |
| Overhead | 1,529.38 |
| Profit | 1,529.38 |
| **Replacement Cost Value** | **$18,352.28** |
| Less Depreciation | (2,847.71) |
| **Actual Cash Value** | **$15,504.57** |
| Less Deductible | (5,000.00) |
| **Net Claim** | **$10,504.57** |
| Total Recoverable Depreciation | 2,847.71 |
| **Net Claim if Depreciation is Recovered** | **$13,352.28** |

_____
Larry Umber
Adjuster

 **Premier Inspection Services, Inc.**

### Recap of Taxes, Overhead and Profit

|  | Overhead (10%) | Profit (10%) | Material Sales Tax (9.125%) | Manuf. Home Tax (9.125%) | Storage Rental Tax (9.125%) |
|---|---|---|---|---|---|
| **Line Items** | 1,529.38 | 1,529.38 | 483.32 | 0.00 | 0.00 |
| **Total** | **1,529.38** | **1,529.38** | **483.32** | **0.00** | **0.00** |

PENDANTHAIL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　3/15/2021　　　　Page: 5

PENDANT_000139

 Premier Inspection Services, Inc.

## Recap by Room

**Estimate: PENDANTHAIL**

| | | |
|---|---:|---:|
| Exterior | **9,925.33** | **67.02%** |
| HVAC Work | **4,884.87** | **32.98%** |
| **Subtotal of Areas** | **14,810.20** | **100.00%** |
| **Total** | **14,810.20** | **100.00%** |

 **Premier Inspection Services, Inc.**

## Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---:|---:|---:|
| AWNINGS & PATIO COVERS | 5,148.75 | 1,287.19 | 3,861.56 |
| GENERAL DEMOLITION | 1,662.37 | | 1,662.37 |
| ELECTRICAL | 760.16 | | 760.16 |
| HEAT, VENT & AIR CONDITIONING | 4,672.42 | 798.05 | 3,874.37 |
| PAINTING | 74.00 | 18.50 | 55.50 |
| ROOFING | 309.68 | 77.42 | 232.26 |
| SIDING | 1,916.32 | 479.08 | 1,437.24 |
| SOFFIT, FASCIA, & GUTTER | 266.50 | 66.63 | 199.87 |
| **O&P Items Subtotal** | 14,810.20 | 2,726.87 | 12,083.33 |
| Material Sales Tax | 483.32 | 120.84 | 362.48 |
| Overhead | 1,529.38 | | 1,529.38 |
| Profit | 1,529.38 | | 1,529.38 |
| **Total** | **18,352.28** | **2,847.71** | **15,504.57** |

PENDANTHAIL  3/15/2021  Page: 7

PENDANT_000141