Form 4361c



EMC INSURANCE COMPANIES
PO BOX 1739
WICHITA KS 67201-1739

B00101C
PENDANT PROPERTIES LLC
2 W MAIN ST STE 200
ARDMORE OK 73401-6503

| | | | | | |
|---|---|---|---|---|---|
| Check | L34191901 | Issue date | 04/07/21 | Agency | WATKINS INSURANCE AGENCY LLC |
| Claim | LF00-Z01631462 | Loss date | 08/16/20 | Agent | HL-5811 |
| Policy | 6A1-93-44 | from 04/01/20 | to 04/01/21 | Approved | DOUG-VA |
| Insured | Pendant Properties, LLC | | | Issued at | Wichita - Property |

Payee      PENDANT PROPERTIES, LLC                           Check amount $***10,504.57

Payment for   hail damages.                                  (NON-NEGOTIABLE)

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER



Employers Mutual Casualty Company
EMCASCO Insurance Company
EMC Property & Casualty Company
Illinois EMCASCO Insurance Company
Union Insurance Company of Providence
Dakota Fire Insurance Company

PO BOX 1739
WICHITA KS 67201-1739

DATE   04/07/2021      L34191901    36-1901/1012

$***10,504.57

PAY TO   PENDANT PROPERTIES, LLC                    $***10,504.57
                                                    VOID AFTER 180 DAYS

THE SUM   TEN THOUSAND   FIVE HUNDRED FOUR DOLLARS AND 57 CENTS

FOR   Claim number LF00-Z01631462, Issued at Wichita - Property
      hail damages.

SENT TO   B00101C
          PENDANT PROPERTIES LLC
          2 W MAIN ST STE 200
          ARDMORE OK 73401-6503

UMB Bank, N.A.
St. Joseph, Missouri 65407

THE REVERSE SIDE OF THIS DOCUMENT HAS FLUORESCENT FIBERS AND A TRUE WATERMARK, HOLD TO LIGHT TO VIEW

⑃34191901⑃

PENDANT_000182