Modifications made on Wednesday, March 31, 2021

```
.      PDFPageFix       .              . Work   .                                          .
*     Time Stamp       . User Name .Station.          Operation Performed              *
*===================.============.=======.==========================================*
 2021-03-31 10:42:58 doug-va       RA61757 Extracted File - Page(s) 2-9
 (Extracted From) C:\Users\doug-va\Desktop\Pendant P Estimate & narrative report.pdf
 (Extracted To) C:\Users\doug-va\Desktop
 (Extracted File Name) Extracted_20213311042592_2-9_Pendant P Estimate & narrative report.pdf
 2021-03-31 10:42:58 doug-va       RA61757 Append Edit Log - 1 page(s)
 C:\Users\doug-va\Desktop\Extracted_20213311042592_2-9_Pendant P Estimate & narrative report.pdf
```

EXHIBIT 7

PENDANT_000142



Wichita Claim Department

December 3, 2020

C0015
PENDANT PROPERTIES LLC
2 W MAIN ST STE 200
ARDMORE   OK   73401-6503

Dear   Pendant Properties, LLC:

EMC has received notice of your claim. The initial information received is referenced in the Claims Contact Summary below. You may wish to retain the Claims Contact Summary information for your records. It will assist you when contacting EMC regarding the status of your claim.

If we have not spoken about your claim upon receipt of this letter, please use the information below to contact me.

Sincerely,

Doug Van Es
Claims Specialist

### YOUR CLAIM INFORMATION

| | |
|---|---|
| Claim Number: | Z01631462 |
| Insured: | Pendant Properties, LLC |
| Policy Number: | 6A1-93-44   Commercial Property |
| Property Location: | 10 W Main St Ardmore, OK |
| Loss Date: | 08/16/2020 |
| Adjuster: | Doug Van Es |
| Phone: | 316-352-5827 |
| Email: | Doug.J.VanEs EMCIns.com |

*[handwritten: Called left message 10:15 3/30/21]*

P.O. Box 1739  |  Wichita, KS 67201-1739  |  316.352.5700  |  F 888.992.7441 P&C  |  F 888.992.7443 Work Comp  |  www.emcins.com

| Employers Mutual Casualty Company | Illinois EMCASCO Insurance Company | Union Insurance Company of Providence | EMC Underwriters, LLC |
|---|---|---|---|
| EMCASCO Insurance Company | Dakota Fire Insurance Company | Hamilton Mutual Insurance Company | EMC National Life Company (affiliate) |
| EMC Reinsurance Company | EMC Property & Casualty Company | EMC Risk Services, LLC | |

PENDANT_000177

EMC PROPERTY & CASUALTY COMPANY
245 NORTH WACO
SUITE 330
WICHITA KS 67202-1156

# NOTICE OF NONRENEWAL OF INSURANCE

Named Insured & Mailing Address:

PENDANT PROPERTIES, LLC
2 W MAIN ST STE 200
ARDMORE OK 73401-6503

Producer: L5811

WATKINS INSURANCE AGENCY LLC
1704 MCLISH ST
ARDMORE OK 73401-3142

Policy No.: 6A1 93 44 21
Type of Policy: COMMERCIAL PROPERTY
Date of Expiration: 04/01/2021; 12:01 A.M. Local Time at the mailing address of the Named Insured.

We will not renew this policy when it expires. Your insurance will cease on the Expiration Date shown above.

The reason for nonrenewal is DUE TO LOSSES

Named Insured

PENDANT PROPERTIES, LLC
2 W MAIN ST STE 200
ARDMORE OK 73401-6503

Date Mailed:
8th day of January, 2021

*[signature]*

AUTHORIZED REPRESENTATIVE

FORM# CN9697OK51995
ODEN 3.0.20.10a

Copy for Named Insured

OKCN27NONE APP
01082021MYNN
PENDANT_000178   Page 1 of 1

EMPLOYERS MUTUAL CASUALTY COMPANY
245 NORTH WACO
SUITE 330
WICHITA KS 67202-1156

# NOTICE OF NONRENEWAL OF INSURANCE

Named Insured & Mailing Address:

PENDANT PROPERTIES, LLC
2 W MAIN ST STE 200
ARDMORE OK 73401-6503

Producer: L5811

WATKINS INSURANCE AGENCY LLC
1704 MCLISH ST
ARDMORE OK 73401-3142

Policy No.: 6D1 93 44 21
Type of Policy: GENERAL LIABILITY OCCURRENCE
Date of Expiration: 04/01/2021; 12:01 A.M. Local Time at the mailing address of the Named Insured.

We will not renew this policy when it expires. Your insurance will cease on the Expiration Date shown above.

The reason for nonrenewal is  DUE TO LOSSES

Named Insured

PENDANT PROPERTIES, LLC
2 W MAIN ST STE 200
ARDMORE OK 73401-6503

Date Mailed:
8th day of January, 2021

*[signature]*

AUTHORIZED REPRESENTATIVE

FORM# CN9697OK51995
ODEN 3.0.20.10a

Copy for Named Insured

OKCN15NONE APP
01082021MYNN
PENDANT_000179   Page 1 of 1

EMC PROPERTY & CASUALTY COMPANY
245 NORTH WACO
SUITE 330
WICHITA KS 67202-1156

Named Insured: PENDANT PROPERTIES, LLC          Policy Number: 6A1 93 44 21

This page is separate and independent from the notice given.
We are informing you that the following parties were notified of this action.

## PARTIES NOTIFIED

Named Insured
PENDANT PROPERTIES, LLC
2 W MAIN ST STE 200
ARDMORE OK 73401-6503


Producer
WATKINS INSURANCE AGENCY LLC
1704 MCLISH ST
ARDMORE OK 73401-3142


Mortgagee/Lienholder
GREAT NATIONS BANK
PO BOX 5719
NORMAN OK 73070-5719

## EMC Survey Visit, Pendant Properties LLC- Requesting to Reschedule

**Amy Brouwer** <amy.m.brouwer@emcins.com>  12/8/2020 10:41 AM
**To** jeri@odysseyhc.com  **Copy** Tanner@watkinsinsok.com

Reply    Reply all    Forward    Delete    ≡

Good Morning Jeri,

TJ Sparr our Loss Control Representative reached out to me this morning to advise he has a scheduling conflict for tomorrow's appointment at 3pm. I am requesting a new reschedule date for Wednesday, January 6 at 3:00 pm. Please let me know if this new date and time would work with you. I apologize for any inconvenience this may have caused.

Thank you,


**Amy Brouwer**
Scheduling Associate VI

**EMC Insurance Companies**
717 Mulberry St | Des Moines, IA 50309
515-345-4593 | Amy.M.Brouwer@emcins.com
www.emcins.com

Office Hours: Monday-Wednesday, Thursday AM Only

 

NOTICE: This message (including any attachments) is intended for a specific individual and may contain information that is either confidential or legally protected. If you believe that it has been sent to you in error, please reply to the sender that you have received the message in error, then delete it. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Thank you. EMC071856