# B-HCE Report Number 44-22003 – Pendant Properties, LLC
# Attachments

## Photographs

Photograph 1
View of the north (front) elevation of the Colton Building located at 10 West Main Street in Ardmore, Oklahoma.



Photograph 2
View of the north (front) elevation and west (right) elevation of the building.



B-HCE Oklahoma Registration No. 24991         PAGE 24                                April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000026

# B-HCE Report Number 44-22003 – Pendant Properties, LLC
## Attachments

Photograph 3
View of the south (rear) elevation and east (left) elevation.



Photograph 4
View of the north penthouse roof with a cell tower.



B-HCE Oklahoma Registration No. 24991   PAGE 25   April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000027

B-HCE Report Number 44-22003 – Pendant Properties, LLC
Attachments

Photograph 5
View of the penthouse roof with GB BUR and bitumen clad parapet wall.



Photograph 6
View of a spherical impact fracture to the bitumen and reinforcement along the penthouse parapet.



B-HCE Oklahoma Registration No. 24991        PAGE 26                                April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000028

**B-HCE Report Number 44-22003 – Pendant Properties, LLC
Attachments**

Photograph 7
View of a spherical fracture in the bitumen along the penthouse parapet wall. Note the dark bitumen exposure.



Photograph 8
View looking southwest at the GB BUR over the 6th story roof.



B-HCE Oklahoma Registration No. 24991        PAGE 27                                April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000029

**B-HCE Report Number 44-22003 – Pendant Properties, LLC
Attachments**

Photograph 9
View looking northeast at the GB BUR over the 6th story roof.



Photograph 10
View of the west-facing side of the south penthouse wind-borne debris impact dents in the man door and fractured glass window pane.



B-HCE Oklahoma Registration No. 24991     PAGE 28     April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000030

**B-HCE Report Number 44-22003 – Pendant Properties, LLC
Attachments**

Photograph 11
View of the wind-blown debris impact to the fire rated glass and window frame.



Photograph 12
View of the wind-borne debris impact to the man door.



B-HCE Oklahoma Registration No. 24991         PAGE 29                    April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000031

B-HCE Report Number 44-22003 – Pendant Properties, LLC
Attachments

Photograph 13
View of the wind-borne debris impact and hail-caused impact that dented the air conditioner covers, fan grills, and condenser fins.



Photograph 14
View of the spherical hail-caused indentations in the wall mounted air conditioner condenser fins on the penthouse.



B-HCE Oklahoma Registration No. 24991   PAGE 30   April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000032

B-HCE Report Number 44-22003 – Pendant Properties, LLC
Attachments

Photograph 15
View of a shiny spherical hail-caused indentation approximately 1.5 inches in the condenser fins.



Photograph 16
View of the spherical hail-caused impact indentations in the metal vent cap.



B-HCE Oklahoma Registration No. 24991        PAGE 31                              April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000033

Photograph 17
View of the wind-borne debris caused impact indentations in the conduit line metal cover.



Photograph 18
View of the architectural enamel coated terra cotta tile parapet cap and bitumen covered parapet wall.



B-HCE Oklahoma Registration No. 24991        PAGE 32                        April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000034

# B-HCE Report Number 44-22003 – Pendant Properties, LLC
## Attachments

Photograph 19
View of a spherical hail-caused fracture to the architectural glazed terra cotta tile parapet cap exposing the terra cotta.



Photograph 20
View of a spherical hail-caused fracture in the glazed terra cotta tile parapet cap.



B-HCE Oklahoma Registration No. 24991     PAGE 33     April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000035

**B-HCE Report Number 44-22003 – Pendant Properties, LLC**
**Attachments**

Photograph 21
View of a spherical hail-caused fracture in the glazed terra cotta tile parapet cap.



Photograph 22
View of the spherical hail-caused fractures in the glazed terra cotta tile parapet cap.



B-HCE Oklahoma Registration No. 24991     PAGE 34     April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000036