# B-HCE Report Number 44-22003 – Pendant Properties, LLC
## Attachments

Photograph 21
View of a spherical hail-caused fracture in the glazed terra cotta tile parapet cap.



Photograph 22
View of the spherical hail-caused fractures in the glazed terra cotta tile parapet cap.



B-HCE Oklahoma Registration No. 24991      PAGE 34                             April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000036

B-HCE Report Number 44-22003 – Pendant Properties, LLC
Attachments

Photograph 23
View of a spherical hail-caused impact fracture in the bitumen and reinforcement mat on the parapet wall. Note the dark bitumen.



Photograph 24
View of a 23 percent moisture reading taken adjacent to a spherical hail-caused impact mark with fractured bitumen on the roof.



B-HCE Oklahoma Registration No. 24991    PAGE 35    April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000037

**B-HCE Report Number 44-22003 – Pendant Properties, LLC
Attachments**

Photograph 25
View of the dark bitumen exposure at the spherical impact marks.



Photograph 26
View of the spherical hail-caused impact fractures in the bitumen cover along the base of the penthouse brick wall.



B-HCE Oklahoma Registration No. 24991         PAGE 36                                April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000038

# B-HCE Report Number 44-22003 – Pendant Properties, LLC
## Attachments

Photograph 27
View of the spherical impact fractures in the east-side parapet.



Photograph 28
Close view of a spherical hail-caused impact fracture in the bitumen.



B-HCE Oklahoma Registration No. 24991     PAGE 37     April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000039

**B-HCE Report Number 44-22003 – Pendant Properties, LLC
Attachments**

Photograph 29
View of a spherical hail-caused fracture in the bitumen approximately 2.0 inches in diameter.



Photograph 30
Close view of a spherical hail-caused impact fracture in the bitumen.



B-HCE Oklahoma Registration No. 24991        PAGE 38                               April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000040

B-HCE Report Number 44-22003 – Pendant Properties, LLC
Attachments

Photograph 31
Close view of a spherical hail-caused impact fracture in the bitumen with dark bitumen exposure.



Photograph 32
View of a fractured area on the GB BUR where the roofing flexed under foot pressure.



B-HCE Oklahoma Registration No. 24991          PAGE 39                              April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000041

# B-HCE Report Number 44-22003 – Pendant Properties, LLC
## Attachments

Photograph 33
View of the lower GB BUR with mod-bit curbs and bitumen cover on the parapets.



Photograph 34
View of the lower GB BUR over the hallway and restaurant, the mod-bit roof over the storage area, and the metal panel awning at the south entrance.



B-HCE Oklahoma Registration No. 24991     PAGE 40     April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000042

B-HCE Report Number 44-22003 – Pendant Properties, LLC
Attachments

Photograph 35
View looking north over the 1st story GB BUR along the east side of the building.



Photograph 36
View looking south over the 1st story GB BUR along the east side of the building.



B-HCE Oklahoma Registration No. 24991   PAGE 41   April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000043

B-HCE Report Number 44-22003 – Pendant Properties, LLC
Attachments

Photograph 37
View of the lower 1st story GB BUR.



Photograph 38
View of the spherical hail-caused indentations in the north-facing condenser fins.



B-HCE Oklahoma Registration No. 24991        PAGE 42                                April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000044

Photograph 39
View of a shiny spherical hail-caused indentation approximately 1.2 inches in the north-facing condenser fins.



Photograph 40
View of the spherical hail-caused indentations in the rigid ductwork.



B-HCE Oklahoma Registration No. 24991        PAGE 43                                April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000045

B-HCE Report Number 44-22003 – Pendant Properties, LLC
Attachments

Photograph 41
View of a spherical hail-caused indentation approximately 0.8 inches in diameter.



Photograph 42
View of the spherical hail-caused indentations in the rigid ductwork.



B-HCE Oklahoma Registration No. 24991        PAGE 44                                April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000046