# B-HCE Report Number 44-22003 – Pendant Properties, LLC Attachments

Photograph 39
View of a shiny spherical hail-caused indentation approximately 1.2 inches in the north-facing condenser fins.



Photograph 40
View of the spherical hail-caused indentations in the rigid ductwork.



B-HCE Oklahoma Registration No. 24991          PAGE 43          April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000045

## B-HCE Report Number 44-22003 – Pendant Properties, LLC
## Attachments

Photograph 41
View of a spherical hail-caused indentation approximately 0.8 inches in diameter.



Photograph 42
View of the spherical hail-caused indentations in the rigid ductwork.



B-HCE Oklahoma Registration No. 24991          PAGE 44                    April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000046

## B-HCE Report Number 44-22003 – Pendant Properties, LLC
## Attachments

Photograph 43
View of the spherical hail-caused fractures in the bitumen cover on the parapet.



Photograph 44
View of a spherical hail-caused fracture through the bitumen on the parapet wall exposing dark bitumen.



B-HCE Oklahoma Registration No. 24991          PAGE 45                    April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000047

# B-HCE Report Number 44-22003 – Pendant Properties, LLC
## Attachments

Photograph 45
View of the spherical hail-caused impact marks with displaced granules and exposed bitumen on the mod-bit parapet wall curb.



Photograph 46
View of the spherical impacts to the mod-bit curb with displaced granule cover exposing the bitumen.



B-HCE Oklahoma Registration No. 24991          PAGE 46                    April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000048

## B-HCE Report Number 44-22003 – Pendant Properties, LLC Attachments

Photograph 47
View of the east-facing side of the building where window frames were damaged.



Photograph 48
View of a spherical hail-caused indentation on the north-facing metal window frame.



B-HCE Oklahoma Registration No. 24991          PAGE 47                    April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000049

## B-HCE Report Number 44-22003 – Pendant Properties, LLC
## Attachments

Photograph 49
View of a spherical hail-caused indentation on the north-facing fire rated metal window frame.



Photograph 50
View of the spherical hail-caused indentions on the north-facing metal window frame.



B-HCE Oklahoma Registration No. 24991          PAGE 48                    April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000050

## B-HCE Report Number 44-22003 – Pendant Properties, LLC
## Attachments

Photograph 51
View of the hail-caused indentions on the fire rated metal window sill.



Photograph 52
View of the hail-caused indentions on the fire rated metal window sill.



B-HCE Oklahoma Registration No. 24991          PAGE 49                          April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000051

## B-HCE Report Number 44-22003 – Pendant Properties, LLC
## Attachments

Photograph 53
View of the UL fire window frame designation.



Photograph 54
View of the mod-bit roof over the storage area.



B-HCE Oklahoma Registration No. 24991          PAGE 50                    April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000052

**B-HCE Report Number 44-22003 – Pendant Properties, LLC
Attachments**

Photograph 55
View of the mod-bit roof with bitumen parapet covering over the storage area.



Photograph 56
View of the spherical hail-caused marks with displaced granules and exposed bitumen on the mod-bit roof.



B-HCE Oklahoma Registration No. 24991          PAGE 51          April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000053

**B-HCE Report Number 44-22003 – Pendant Properties, LLC Attachments**

Photograph 57
Close view of the spherical hail-caused marks approximately 1.0 inches in diameter with displaced granules and exposed bitumen on the mod-bit roof.



Photograph 58
View of the metal panel awning over the south hallway entrance.



B-HCE Oklahoma Registration No. 24991          PAGE 52                    April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000054

# B-HCE Report Number 44-22003 – Pendant Properties, LLC
## Attachments

Photograph 59
View of the spherical hail-caused indentations in the metal panel awning over the south hallway entrance.  Note the larger indentations are not soiled.



Photograph 60
View of a spherical hail-caused indentation in the window sill above the south hallway entrance.



B-HCE Oklahoma Registration No. 24991          PAGE 53                              April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000055