# B-HCE Report Number 44-22003 – Pendant Properties, LLC
## Attachments

Photograph 59
View of the spherical hail-caused indentations in the metal panel awning over the south hallway entrance. Note the larger indentations are not soiled.



Photograph 60
View of a spherical hail-caused indentation in the window sill above the south hallway entrance.



B-HCE Oklahoma Registration No. 24991         PAGE 53                                April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000055

B-HCE Report Number 44-22003 – Pendant Properties, LLC
Attachments

Photograph 61
View of the single-ply roof over the bank teller drive through.



Photograph 62
View of the single-ply roof and spherical hail-caused indentations in the metal panel bank teller drive through signage cover.



B-HCE Oklahoma Registration No. 24991   PAGE 54   April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000056

B-HCE Report Number 44-22003 – Pendant Properties, LLC
Attachments

Photograph 63
View of typical indentation approximately 1.5 inches in diameter in the metal panel bank teller drive through signage.



Photograph 64
View of the west-facing side with spherical hail-caused indentations in the aluminum metal panel cladding around the windows.



B-HCE Oklahoma Registration No. 24991   PAGE 55   April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000057

B-HCE Report Number 44-22003 – Pendant Properties, LLC
Attachments

Photograph 65
View of typical spherical hail-caused indentation in the window trim.



Photograph 66
View of the spherical hail-caused indentations in the metal sash around the windows on the west facing side of the building.



B-HCE Oklahoma Registration No. 24991        PAGE 56                                  April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000058

# B-HCE Report Number 44-22003 – Pendant Properties, LLC
## Attachments

Photograph 67
View of the spherical hail-caused indentations in the metal sash around the windows on the west facing side of the building.



Photograph 68
View of spherical hail-caused fracture to the architectural enamel coated window sill exposing the terra cotta.



B-HCE Oklahoma Registration No. 24991        PAGE 57                                April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000059

B-HCE Report Number 44-22003 – Pendant Properties, LLC
Attachments

Photograph 69
View of the spherical hail-caused indentations with faded burnish marks in the metal panel awning over the ATM.  Note only 1 soil filled indentation.



Photograph 70
View of the GB BUR roof covering over the north awning.



B-HCE Oklahoma Registration No. 24991          PAGE 58                                April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000060

**B-HCE Report Number 44-22003 – Pendant Properties, LLC**
**Attachments**

Photograph 71
View of the spherical hail-caused indentations in the north awning flashing.



Photograph 72
View of the spherical hail-caused impact fractures in the bitumen transition from the GB BUR to the metal trim.



B-HCE Oklahoma Registration No. 24991     PAGE 59     April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000061

# B-HCE Report Number 44-22003 – Pendant Properties, LLC
## Attachments

Photograph 73
View of typical spherical hail-caused indentation in the gutter along the main front awning.



Photograph 74
View of the GB BUR over the north side awning.



B-HCE Oklahoma Registration No. 24991       PAGE 60                               April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000062

Photograph 75
View of typical spherical hail-caused indentations in the perimeter metal flashings along the north awnings.



Photograph 76
View of the typical spherical hail-caused indentations in the perimeter copper flashing along the north awning.



B-HCE Oklahoma Registration No. 24991   PAGE 61   April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000063

# B-HCE Report Number 44-22003 – Pendant Properties, LLC
## Attachments

Photograph 77
View of the water stains on the penthouse concrete roof deck within the roof access mechanical room consistent with a breached roof.



Photograph 78
View of the water stains on the penthouse concrete roof deck within the roof access mechanical room consistent with a breached roof.



B-HCE Oklahoma Registration No. 24991     PAGE 62     April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000064

# B-HCE Report Number 44-22003 – Pendant Properties, LLC
## Attachments

Photograph 79
View of the water stains to the drywall along the perimeter wall in suite 616.



Photograph 80
View of the water-stained perimeter wall in office 614.



B-HCE Oklahoma Registration No. 24991     PAGE 63     April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000065