# B-HCE Report Number 44-22003 – Pendant Properties, LLC
## Attachments

Photograph 79
View of the water stains to the drywall along the perimeter wall in suite 616.



Photograph 80
View of the water-stained perimeter wall in office 614.



B-HCE Oklahoma Registration No. 24991        PAGE 63                               April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000065

**B-HCE Report Number 44-22003 – Pendant Properties, LLC
Attachments**

Photograph 81
View of the water-damaged perimeter wall paneling and over the desk in office 614.



Photograph 82
View of the water-damaged perimeter wall paneling and ceiling in office 611.



B-HCE Oklahoma Registration No. 24991     PAGE 64     April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000066

**B-HCE Report Number 44-22003 – Pendant Properties, LLC
Attachments**

Photograph 83
View of the water-damaged perimeter wall paneling and ceiling finish in office 619.



Photograph 84
View of the water-damaged perimeter wall paneling, ceiling, and light fixture in office 606.



# B-HCE Report Number 44-22003 – Pendant Properties, LLC
## Attachments

Photograph 85
View of the water damaged finishes in the northwest perimeter corner of the bank.



Photograph 86
View of the water-stained ceiling tiles and wall vinyl coverings below a penetration through the roof at the bank offices hall area.



B-HCE Oklahoma Registration No. 24991         PAGE 66                                April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000068

**B-HCE Report Number 44-22003 – Pendant Properties, LLC
Attachments**

Photograph 87
View of the water-stained and partially missing ceiling tiles over a bank office area.



Photograph 88
View of the formed concrete beam support above the partially missing ceiling tile.



B-HCE Oklahoma Registration No. 24991        PAGE 67                                April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000069

**B-HCE Report Number 44-22003 – Pendant Properties, LLC**
**Attachments**

Photograph 89
View of a roof deck penetration above the partially missing ceiling tile in the bank office.



Photograph 90
View of a water damaged ceiling tile and water-stained crown trim and wall vinyl in the bank office filing area.



B-HCE Oklahoma Registration No. 24991   PAGE 68   April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000070

**B-HCE Report Number 44-22003 – Pendant Properties, LLC**
**Attachments**

Photograph 91
View of the water-stained base trim and floor coverings in the bank office area.



Photograph 92
View of the water-stained ceiling tiles in the restaurant area.



B-HCE Oklahoma Registration No. 24991     PAGE 69                            April 19, 2023
Pendant Properties, LLC, Colston Building 10 West Main Street Ardmore, Oklahoma 73401-6516

HILL_000071