



# SAFETY MANUAL

# & PROTOCOL

Prepared for:    Pendant Properties
Job Site Address 10 W Main Street Ardmore OK

DANDRIDGE_000001

INTRODUCTION

The Pendant Properties is the owner of the property and is sincerely interested in the safety and welfare of every one of its vendor/contractors completing work on their premises. As a vendor/contractor, you will be required to follow instructions and safe practices set forth by The Pendant Properties. Your supervisor enforces the safety rules of The Pendant Properties. These rules comply with The Pendant Properties, agency, state, and federal regulations. If you have any questions about those rules or instructions that have been submitted to you, do not hesitate to ask your supervisor for review of manual.

The Pendant Properties' mandates that all vendors/contractors completing work on the site of/or within The Pendant Properties have read, agreed, and signed a statement of compliance to the Safety Manual.

The best safety device on the job is you. You must also have regard for the worker next to you. Do not do anything that will jeopardize his or her safety. Your complete cooperation is imperative. Familiarize yourself with all the safe practices.

The practices in this manual are minimal, therefore, additional requirements may be necessary for special circumstances. As your own 'safety person' your experience is valuable. Stay alert and think of what you are doing at all times. Safety for all.

This manual will help you understand and comply with the safety requirements of your work. It is extremely important for you to understand that your work is done in a safe manner. If are unsure about a certain practice and have questions, stop immediately. Ask your supervisor for clarification before you start work. Your constant effort can prevent accidents and make the job site safer.

Safety is asking if you do not understand. During orientation, your supervisor will advise you on local safety requirements.

- Safety is doing your best to perform your daily tasks in a safe manner you have been shown.

- Safety is doing your best to protect people and equipment from hazards.

- Safety is doing your best to follow all safety rules.

Keep in mind that this safety manual is not all inclusive and can never be fully comprehensive. All employees are responsible for conducting operations in a way that will create a safe working environment for themselves and their co-workers.

DANDRIDGE_000002

# TABLE OF CONTENTS

JOB HAZARDS ............................................................................................................................ 7

SAFETY PROTOCOL (GENERAL) .......................................................................... 14

Job hazards .................................................................................................................. 14

Initial Safety Briefing ................................................................................................ 14

Briefing Topics ........................................................................................................... 14

Personal Protection Equipment (PPE) Guidelines (1926.95 Subpart E) ....................... 14

Protecting Your Eyes .................................................................................................. 15

Protecting Your Hearing ............................................................................................. 15

Warnings and Precautions ........................................................................................... 17

Hard Hats Worn Backward .......................................................................................... 18

Protecting Your Hands ................................................................................................ 18

Protecting Your Feet ................................................................................................... 19

Chemical-Protective Clothing ..................................................................................... 20

Know the Limitations .................................................................................................. 20

Maintenance and Disposal ........................................................................................... 21

OSHA Fall Protection (1926.500 Subpart M) ............................................................... 21

PURPOSE ................................................................................................................... 22

Falling Object Protection ............................................................................................ 23

OSHA Guidelines ....................................................................................................... 24

TYPES OF FALL PROTECTION SYSTEMS ............................................................. 27

FALL PROTECTION LOCATIONS ........................................................................... 28

FALL PROTECTION GUIDELINES – OPTIONS ...................................................... 28

Engineered Lifeline ..................................................................................................... 30

Warning Line System .................................................................................................. 30

INSPECTION OF FALL PROTECTION SYSTEMS ................................................... 32

STORAGE AND MAINTENANCE OF FALL PROTECTION EQUIPMENT ............... 34

TRAINING .................................................................................................................. 35

HAZCOM Plan ........................................................................................................... 35

Hazard Communication and Hazardous Waste Briefing .............................................. 36

Fire Suppression Plan .................................................................................................. 36

Fire Prevention ........................................................................................................... 30

Classifications ............................................................................................................. 30

STORAGE AND HANDLING PROCEDURES ............................................................ 31

Ordinary Combustibles ............................................................................................... 31

DANDRIDGE_000003

Flammable Combustibles .................................................................................................... 31

POLICY ON POTENTIAL IGNITION SOURCES ...................................................................... 32

Welding and Cutting ......................................................................................................... 33

Open Flames ...................................................................................................................... 33

Static Electricity ................................................................................................................ 34

HOUSEKEEPING PREVENTATIVE TECHNIQUES ................................................................. 34

EXHIBIT A- FIRE PREVENTION CHECKLIST ........................................................................ 36

WORK AREA DIAGRAM ................................................................................................ 40

40

SAFETY PROTOCOL Pictures (SITE SPECIFIC) .............................................................. 41

Site Location: ............................................................................................................... 41

10 W Main Street Ardmore OK .................................................................................... 41

**Initial Safety Brief** ........................................................................................................... 131

PPE requirement .............................................................................................................. 131

I.          Hearing protection (ear buds, foam, etc.) ............................................................ 131

•          On this site, there should be no need for hearing protection over an 8-hour duration. ........ 131

II.         Hard Hats ............................................................................................................ 131

•          Hard hats will be worn at all times during work hours at all locations. .................... 131

III.        Safety Glasses ...................................................................................................... 131

•          ANSI approved Safety glasses will be worn at all times. ........................................ 131

IV.        Tool Lanyards. ..................................................................................................... 131

•          Will be attached to all tools that are working at height. ....................................... 131

V.         Vest (reflective, belt etc.) .................................................................................... 131

•          Will be worn always during the workday. ............................................................ 131

VI.        Boots (steel toe, leather etc.) ............................................................................... 132

•          Leather work boots will be worn always. ............................................................. 132

VII.       Gloves (Cut proof, leather, plastic etc.) ................................................................ 132

•          Cut proof gloves will be worn during all material handling and install. ................... 132

VIII.      Communications equipment (radios, whistles etc.) .............................................. 132

Fall Protection ................................................................................................................. 132

Hazcom plan .................................................................................................................... 132

Entry/ Exit procedures .................................................................................................... 132

Fire Evacuation Plan ........................................................................................................ 133

DANDRIDGE_000004

ACCIDENT PLAN ................................................................................................................ 139

Site Supervisor/ Manager (Steps a and b apply to the first individual to see the accident)............................ 139

Foreman ......................................................................................................................... 140

Lead .............................................................................................................................. 140

Worker ........................................................................................................................... 140

Site Safety Rep ................................................................................................................ 141

Ownership ...................................................................................................................... 141

Accident Reporting & Investigation ...................................................................................... 141

Accident Reporting .......................................................................................................... 141

Accident Investigation ...................................................................................................... 142

Accident Classification ...................................................................................................... 142

Accident Alert Priorities .................................................................................................... 143

Accident Notification Roster .............................................................................................. 143

JOB ACCESS ................................................................................................................... 144

Roles and Responsibilities of GC and site workers during an Emergency .................................... 144

Roster ............................................................................................................................ 144

Procedures ..................................................................................................................... 145

STAGING AREAS AND PROPER STORAGE FOR MATERIALS ........................................................ 146

Diagram w/ Description ..................................................................................................... 146

146

a.       Type of Storage ...................................................................................................... 146

b.       Type of Security for staging area. ............................................................................... 147

START AND END OF DAY PROTOCOL ................................................................................... 148

Start of Day ..................................................................................................................... 148

Safety Brief ..................................................................................................................... 148

Equipment Check ............................................................................................................. 148

Material Check ................................................................................................................. 148

Site walk ......................................................................................................................... 148

End of Day ....................................................................................................................... 148

Equipment Check ............................................................................................................. 148

Material Check ................................................................................................................. 148

Site walk ......................................................................................................................... 149

FOD Check ...................................................................................................................... 149

Contact roster (local) ........................................................................................................ 150

DANDRIDGE_000005

URGENT CARE-HOSPITAL INFORMATION ................................................................................ 1

    Mercy Hospital Ardmore ...................................................................................... 1

**REGULATORY OVERVIEW** ............................................................. **Error! Bookmark not defined.**

**LEAD-BASED PAINT ABATEMENT** ................................................ **Error! Bookmark not defined.**

**Lead-Based Paint Disclosure Rule** ...................................................... **Error! Bookmark not defined.**

**Lead-Based Paint Pre-Education Rule** ................................................. **Error! Bookmark not defined.**

**LEAD WASTE MANAGEMENT** ........................................................ **Error! Bookmark not defined.**

**Non-Household Waste** ......................................................................... **Error! Bookmark not defined.**

**Lead Contamination in Soil** ................................................................. **Error! Bookmark not defined.**

*Are you Remodeling, Renovating or Demolishing?* ................................... **Error! Bookmark not defined.**

*It is Dangerous and Illegal to Improperly Disturb ACM!* ........................... **Error! Bookmark not defined.**

*For ALL Renovation Projects:* .................................................................. **Error! Bookmark not defined.**

*Demolitions, Destructive Salvage, House Moving* .................................... **Error! Bookmark not defined.**

*For ALL Demolition Projects:* ................................................................. **Error! Bookmark not defined.**

*During Demolition:* ................................................................................. **Error! Bookmark not defined.**

*For More Information or Forms, please contact:* ...................................... **Error! Bookmark not defined.**

DANDRIDGE_000006

# JOB HAZARDS

Due to the COVID-19 issues, all safety protocols set by the CDC will be enforced until the restrictions are released. Handwash Stations need to be put on-site immediately. One for every ten employees should be the set number. All Jobsite meetings need to be via phone or be limited to a 6 ft min standing distance. Breathing masks will always have to be worn. Safety meeting does have to happen daily, but the rules for COVID-19 will be enforced. Due to Covid-19 restrictions there will be a best practice process put in Place. Where working conditions allow make sure that there is a 6 foot of distance between workers. Masks are always to be worn on site. Inside and outside. During breaks the masks can be removed for eating and drinking. The 6-foot distance is to be observed. No sharing of PPE. All tools are to be cleaned at the end of the day. Tools that must be shared will be cleaned before transfer between workers. In hot or heated conditions workers are to work 50 min and break for 10 min because of Mask restrictions. Workers must wash hands before work at lunch and after working close to another worker. Daily temperatures are to be taken before allowed on site of workers. If a worker feels sick or shows signs of Covid-19 they are not allowed on Site. If a worker is exposed to Covid-19 they are to take 2 weeks in quarantine. Ride share is discouraged.

This report will show what is required by OSHA rule to keep all personal, workers, and people that will be in and around the work site Safe. OSHA has rules that they can and will fine for when not followed. These rules are not considered Law and Ordinance but are covered under coverage for work being done. The cost of safety is considered a cost of doing business; however, most contractor estimating programs do not include the cost in their line items. Therefore, Safety must be detailed on a per line-item basis as needed.

Some contractors do include some of these safety items under their cost but must be shown in a separate break down with the added cost. A lump sum cost will not cover all safety items. If the contractor can show cause that the items are being added to the work with their cost, then the cost from this report for that contractor can be eliminated. An example of this is Scaffolding. If all contractors that need scaffold can show that cost is in their bid, then the scaffold cost from this report can be removed.  The job costs for this report will be a per building average cost for 1 building.

This location has Suspect Lead paint and Asbestos inside and outside of the building. All OSHA, EPA, and State laws will be observed and always followed.

This job hazard analysis is for The Pendant Properties residents. This is a 7-story commercial building that has storm damage to the exterior to the building and Interior water damage.  This protocol will be covering the work being done on 7 story building. The work being performed will including but not limited to roofing, electrical, AC units, and some interior damage. Possible Asbestos removal, Lead paint removal on the exterior. This analysis recognizes safety issues that were observed on a walk-through August 2021.

There are many concerns for the safety regards of the site, building, and location that can produce multiple challenges. These will need to be worked through concerning the safety material handling and staging, as well as Client and personnel safety, to ensure that all people in and near the site will have safe access during the day and evening. The Main Safety issue for this site is Possible ASBESTOES AND LEAD PAINT REMOVAL a well has the Drive through area on the rear of the building. Safety monitors will have to be in these areas to make sure no personal is working in an unsafe environment at any time.

DANDRIDGE_000007

The wind is a concern due to the minimal wind block and can rise quickly due to concerning speeds. This also forms a safety issue for those working at height, as well as material containment. The General Contractor must take measures to recognize that if a wind event is developing, he ensures the Safety of his personnel, as well as the safety of the staff and equipment in and around the site. Items will be discussed further in this analysis. Making sure that no material, Trash, or debris end leaving the site area is mandatory.

Construction will have Safety Meetings daily to discuss the work for the day, the Safety that is needing to be worked within the area, any safety concerns for the site, and areas that are not accessible for the day.

**Having a full-time Safety Director on-site while the work is being done for the entire duration is a requirement. This is due to the size and complexity of the job.**

**The Exterior of the building**

The work on the outside of the building will be roofing, Access to the buildings will need be from the West side of the building. The building as different levels that will need to be accessed for the reroofing work.  The roofing work will consist of removing and reinstalling the flat roof material.  There will need to be a Scaffolding system set up for a trash shoot from the roof level to the ground that will discharge into a trash bin. There will also need to be a Scaffold stair way to the roof for worker access, When the main 7 story building is complete then this set up will need to be moved to the front of the building for the lower areas of the roof line.  The drive through area will have to be covered for the time of work so that it is not closed.

Any Outdoor electrical such as conduits or lights will have to be Locked out and tagged out if they are to be removed or disconnected. The AC units that will need to be removed as well as any Electrical runs will need to be lowered to the ground via a crane. The crane will have to set up in the Street due to the electrical that runs in and out of the rear parking lot.

There needs to be Signs and barricades up on the site that inform everyone that comes into the Jobsite that they need to be granted permission to be on the site. The roofs on the buildings are mainly Flat.  and will be extremely hard to load and work on. All personal will always need to be tied off while on the roofs. For the reroofing work most of the areas have a parfait wall around them that is high enough to act as fall protection but not all areas. On site safety will have to be in place to maintain the different areas. The demo of this structure will have to follow all guidelines for OSHA. The demo of the Material will have to be done in stages, and all Material will be lowered to the ground via Trash shoot.  During the demo work if there is any question of the mastic being ACM or SACM. (Containing Asbestos) it shall be inspected before further work is done on the roof.

Areas will have to be barricaded from access while the work is going on. All Material will have to be loaded by a Crane. The building entrances will need to be covered and be built 8 feet tall and 10 feet out from the building to ensure that no objects can be dropped on to anyone entering or leaving the building. Scaffolding will have to be inspected by a certified or Qualified person Daily. Barricading around Scaffolding will have to be done as well as Safety monitors to make sure no one walks in the area. Making sure no one walks through the construction zone is imperative. All scaffolding will have to be installed around the entire building for the duration of the work. The scaffolding will have to be inspected and signed of every day or every shift.  The entire side walk area will be covered in scaffolding to form a safe walk area for patrons to the building.

8

DANDRIDGE_000008

The re-roofing work has many safety hazards that need to be addressed, including but not limited to fall protection for all workers working at height. All workers will need to be tied off on the roof with low parfait walls. Tie off rules will always be observed.

**Certified Personnel will only be allowed to operate and be on the lifts**.

Areas of concern on the ground are as follows: Barricading of doorways and driveways will be required while all construction work is being done to the building. Flagmen will also have to be in areas to ensure that people are not walking into construction zones or while equipment is being moved.  A control access zone will always be required. All work will have to be done from the front of the building, such as Material, supplies, and all liftings. A daily FOD, Foreign Object Debris, the walk will have to be done at the end of each day to make sure that there is no material trash or debris left in walkways or accessible points of the building. It is of the utmost importance that no garbage makes its way off the building uncontained into any other area.

No vehicles will be allowed near the building to make sure no damage is done to them.

**Interior**

There is Interior work to be done at the time of the Site walk. 1 Life Safety reserves the right to review and add any changes to the interior Safety Protocol.

A certified Asbestos and lead removal company will be required by law to do the removal work.

Interior work will mainly consist of plaster/ Drywall has to been tested as Hot (Asbestos containing Material), drywall removal and reinstall, insulation, paint that contains Lead

Lights being removed will need to be Locked and Tagged out.  All areas that have drywall and plaster removal will have to closed off to capture all dust and debris. All the buildings property will need to be removed before any work is to begin. Air scrubbers will be used to keep dust under control. All workers will follow Class 1 Asbestos removal procedures. All employees will wear full PPE including but not limited to Respirators, Tyvek suits, boots, glasses, gloves, hard hats Ext… All areas that are being worked on will have to be reinstated back to operating conditions before the next business day so the operations can resume. All interior work will be done at night during off hours.

All rooms that are having demo work in will need to be sealed separately from the rest of the building. The floors will be covered with Ram Board, wood, and then plastic to not only ensure of containment but also no damage the floors. All vents will be sealed, all doorways will be sealed with a zipper wall. A disrobing room will be made for works to disrobe before entering common areas. Negative air will be pumped into the rooms to keep the contaminates under control. This will be the process for all lead and Asbestos removal on the entire site inside and out. All Suspect debris will have to be always contained and disposed of to meet Government standards. If the building is found to not have Asbestos or lead this process will still need to be in place due to the building being a restaurant.

All debris removed from the property will need to be bagged and sealed before they leave the work area. once they are bagged, they can then be taken from the room they were demoed from and taken to a trash bin on the exterior of the property for hazardous material removal. All trash containers will be hauled to a hazardous dump that the state of Oklahoma has agreed too.

DANDRIDGE_000009

The Sprinkler system will have to be taken offline during the interior work. Because of this the building will have to have 24-hour fireman. The fire watch will have to follow local fire code. Some areas only allow fire watch to be an off-duty fire man. The code for the Area will have to be checked.

The Hood in the kitchen will need to be removed due to water damage. It was observed that from a storm the night before that there was water in the lights of the hood. This shows that there is going to be damage to the fire drywall and fireproof insulation above the hood. These areas will have to be inspected and replaced if any damage or wear is shown. The fire hood manufacturer will have to do the take down and reinstall of the hood and its fire system

There is also water damage shown on the interior lights in the drop ceiling of the kitchen. These lights will need to be inspected as well to make sure the wiring or ballast are not compromised.

**Signs, Signals, And Barricading Subpart G 1926.200**

Signage will have to be installed on all fencing, informing that the area is a construction zone, PPE requirements, and access requirements and limitations. The General Contractor will always have to hire safety personnel and a Safety Director to observe the site to do daily checkoffs of scaffolding fall protection and other areas that will require a competent person for signoff. Flaggers for all equipment movement will have to be in place, due to public access streets. Flaggers must be competent in the flagging process as well as the rules that come with working in and around street closures. All signs, signals, and barricading items will meet all OSHA standards listed in Subpart G 1926.200.

All building access entrances will have to be covered with scaffolding bridges built for pedestrian access to the building. This will ensure that if any debris or Material falls into those areas, it will not strike a pedestrian.

**Electrical Subpart K 1926.400**

Electrical lose; this mean that there will have to be an electrician on-site to set ARC Flash protection on the live lines to make sure no one can have access to the live lines. All electrical to the buildings will be left on during work time. Areas of electrical being worked on will be turned off and locked out and tagged out for employee safety. No personnel at any time, while working on the building, can be struck by live Electrical. Generators will be required on the job site. GFI's, whether it be permanent mount or pigtails, are required by OSHA on all construction sites and will be observed daily. All electrical items will meet all OSHA standards listed in Subpart K 1926.400.

**PPE Personal Protective and Life Saving Equipment Subpart E 1926.95**

Hard hats, safety glasses, vest or high-vis shirts, gloves, dust masks, work boots, and fall protection will always be required on the site until the site is complete. Specialty items such as respirators and ARC flash gear will need to be worn by certified workers in their area of expertise. All PPE items will meet all OSHA standards listed in Subpart E 1926.95.

**Shoring Subpart Q 1926.703(b)(8)**

Whenever single post shores are used one on top of another (tiered), the employer shall comply with the following specific requirements in addition to the general requirements for formwork: 1926.703(b)(8)(i) The design of the

DANDRIDGE_000010

shoring shall be prepared by a qualified designer, and the erected shoring shall be inspected by an engineer qualified in structural design. 1926.703(b)(8)(ii) The single post shores shall be vertically aligned. 1926.703(b)(8)(iii) The single post shores shall be spliced to prevent misalignment. 1926.703(b)(8)(iv) The single post shores shall be adequately braced in two mutually perpendicular directions at the splicing level. Each tier shall also be diagonally braced in the same two directions.

**Cranes and Derricks Subpart CC 1926.1400 (Not Needed for this site but just in case it comes up)**

Cranes will need to be used for material handling to the roof of the building, as well as for debris removal. All crane work will need to meet Cranes and Derricks Subpart CC 1926.1400

**Scaffolding Subpart L 1926.450**

Scaffolding will need to be placed around the building for all entrances and loading docks to make sure that all pedestrians cannot be struck by Material or tools. Swing stage scaffolding will be used for all great work on the building, including but not limited to, painting, stucco, windows, gutters, and downspouts. This area also covers all work being done from scissor lifts and boom lifts. All scaffolding will need to meet OSHA rules listed in Subpart L 1926.450

**Fall Protection Subpart M 1926.500**

All employees working at height will need to have fall protection. The employees will need to make sure that their tie-offs are located above them, and all tools are tied off.

All fall protection will meet Subpart M 1926.500

**Aerial Lifts Sub Part L Scaffolds 1926.453**

All Aerial lifts that are used on this work site must comply with Subpart L 1926.453. This includes Fall protection requirements as well as 1926.453(a)(1). Unless otherwise provided in this section, aerial lifts acquired for use on or after January 22, 1973, shall be designed and constructed in conformance with the applicable requirements of the American National Standards for "Vehicle Mounted Elevating and Rotating Work Platforms," ANSI A92.2-1969, including appendix. Aerial lifts acquired before January 22, 1973, which do not meet the requirements of ANSI A92.2-1969, may not be used after January 1, 1976, unless they shall have been modified so as to conform with the applicable design and construction requirements of ANSI A92.2-1969. Aerial lifts include the following types of vehicle-mounted aerial devices used to elevate personnel to job sites above ground.

**Fire Protection and Prevention Subpart F 1926.150**

The Fire suppression system is not active during the construction work. While any work being done on the building, it is a requirement that Fire Protection subpart F 1926.150 is followed.

**NFPA 70E (ARC Flash)**

DANDRIDGE_000011

**NFPA 70E**, titled Standard for Electrical Safety in the Workplace, is a standard of the National Fire Protection Association (**NFPA**). The document covers electrical safety requirements for employees. The **NFPA** is best known for its sponsorship of the National Electrical Code (**NFPA** 70).

**Renovation and Demolition of Buildings**

Air toxics regulations under the Clean Air Act specify work practices for Hazards Material to be followed during demolitions and repairs of all facilities, including, but not limited to, structures, installations, and buildings (excluding residential buildings that have four or fewer dwelling units). The regulations require a thorough inspection of where the demolition or renovation operation will occur. The regulations require the owner or the operator of the renovation or demolition operation to notify the appropriate delegated entity (often a state agency) before any demolition, or before any renovations of buildings that contain a certain threshold amount of regulated Hazards Material -containing Material. The rule requires work practice standards that control Hazards Material emissions. Work practices often involve removing all Hazards Material -including materials, adequately wetting all regulated Hazards Material -containing materials, sealing the Material in leak-tight containers, and disposing of the Hazards Material -containing waste material as expediently as practicable, as the regulation explains in greater detail.

These work practice standards are designed to minimize the release of Hazards Material fibers during building demolition or renovation, waste packaging, transportation, and disposal.

When buildings are under renovation, they are not being demolished, but Hazards Material -containing building material is being removed or disturbed. Performing the work in accordance with the Hazards Material NESHAP helps to ensure that areas in use during the renovation are not contaminated and that the area under renovation, when it is complete, is also free of contamination.

**Waste Disposal and Transportation**

The rule generally requires that Hazards Material -containing waste material be sealed in a leak-tight container while wet, labeled, and disposed of correctly in a landfill qualified to receive Hazards Material waste. Dumps have special requirements for handling and securing the Hazards Material containing waste to prevent releases of Hazards Material into the air. Transportation vehicles that move the debris from the point of generation to the Hazards Material landfill have special labeling requirements and waste shipment recordkeeping requirements.

**1 Life Safety has come up with these definitions for Safety personnel that will be in a jobsite to help workers understand the hierarchy of safety management systems.**

**Safety Monitor**

Safety Monitor System's (SMS) use a person (the safety monitor), rather than a mechanical system to warn roofers when they are six feet or more above a lower level and in danger of falling. The safety monitor, who must be a competent person, is responsible for recognizing fall hazards and warning workers about them. The Safety Monitor is trained for the job specific danger of the current job by a Safety Manager. The Safety monitor has no other job responsibilities. Multiple Safety Monitors can be on one jobsite at a time monitoring the roof, ground functions and Safety.

**Safety Manager**

12

DANDRIDGE_000012

A safety manager is a qualified and competent employee who is responsible for the preparation, execution, and continuous improvement of the safety management system (SMS) within an organization. This individual is the prime mover of all safety related issues in the organization. Safety Managers are responsible for planning, implementing, and overseeing company's employee safety at work. Their main duty is to ensure that the company complies and adheres to Occupational Health and Safety (OHSA) guidelines. The Safety Manager should have at a Minimum an OSHA 30 Card Certification but can also hold a degree in Safety Management.

**Safety Director**

Safety directors develop and implement safety programs and standards for their employer, and all employees within, to reduce potential accidents and injury. Many businesses hire safety directors to work full-time hours during all shifts, depending on the business's hours of operation. A safety director is the key person in the safety management system (SMS) of the organization. The major job of a safety director is to ensure a safe workplace by planning and executing safety practices by preventive measures, training and educating the employees as required by local law, compliance, and best practices in the industry. A safety director should at Minimum hold an OSHA 500 card.


References:

OSHA.Gov
OSHA.Oregon.gov
Safeopedia.com
AZICA.gov


If there are any questions that arise during the construction time, the General Contractor is to contact 1 Life Safety directly and immediately

DANDRIDGE_000013

# SAFETY PROTOCOL (GENERAL)

SAFETY PROTOCOL (GENERAL)

## Job hazards

Hazards are all around and limitless in an industrial facility that can lead to minor cuts all the way to a life threating injury. They include but aren't limited to the following:

I. Building Exterior – Power tools, slip and fall dangers, power and accessory cables, run along floors and walkways, tow bars, tool carts, and fluid spills.

II. Building Interior – Workers and residents contact tools, dust, debris, natural, and gas systems.

III. Staging Area – Falling material, sharp edges, trip hazards, blowing debris, wildlife, and vehicles.

## Initial Safety Briefing

Briefing orients newly assigned employees to this organization's safety program and an overall review of the hazards. Conducted within one week of employee's arrival to the company or prior to the first day on the site, whichever is first. Given by General Contractor Safety representative or designated personnel (make it relevant and interesting). Below is a list of items that should be covered at a minimum. Log of personnel briefed kept on file in safety office.

## Briefing Topics

- General Safety
- Safety Philosophy
- The individual's role in the safety program
- Foreign Object Damage Prevention Program
- Safety and CSP POCs
- Accident Plan
- Individual Responsibilities
- Discuss when reports are required
- Local Requirements (registration, inspections)
- Fire Prevention
- Off Limits Area

## Personal Protection Equipment (PPE) Guidelines (1926.95 Subpart E)

14

All locations will require hard hats, safety glasses, high-Vis vests, steel toe boots, long pants, sleeved shirts, and cut proof gloves. Spotters and flagmen will also carry lights if work is to be done before dawn or after dusk. All tools will need to be lanyard secured to the person working with them to ensure that no fall from a height can happen. It is also suggested that all screws and bolts be contained in dump proof bags or containers.

## Protecting Your Eyes

- Safety glasses or goggles

May be tinted, coated for anti-fogging, or fitted with prescription lenses. Anytime you are in danger of injury by flying objects, your safety glasses must be fitted with side shields.

When wearing goggles, check that they fit your face snugly, sealing the entire eye area. Face shields can be worn with safety glasses or goggles for extra protection. If you are exposed to injurious light rays or other radiant energy you will need goggles, helmets, or face shields equipped with special filters.

- Prescription glasses and contact lenses

Will not protect your eyes. In fact, wearing contact lenses alone can even be more hazardous because dust or material may lodge under the lenses, causing injury to your eye.

## Protecting Your Hearing

If noise levels are high in your workplace, you should wear hearing protection. Excessive noise not only damages your hearing, but it may also fatigue and stress workers. These effects can lead to accidents and mistakes that may result in other injuries. The goal of hearing protection is to reduce your exposure to harmful noise while at the same time enabling you to hear machine warnings and conversations. Hearing protection falls into two broad categories – earplugs and earmuffs.

OSHA has prescribed the limits established by the American Conference of Governmental Industrial Hygienists as a standard for occupational noise exposure. Both the sound pressure level of the noise and the total duration of the noise exposure are considered to determine if these limits are exceeded.

Exposure to noise equaling or exceeding 85 DBA for an eight-hour period (referred to as a time–weighted average) establishes the point at which the Company develops a hearing conservation program. Whenever the time-weighted average exposure (TWA) exceeds 85 DBA, the Company department does the following:

- Monitors, or has monitored the noise levels the employee(s) is exposed. This requires the use of

15

DANDRIDGE_000015

noise level meters and personal dosimeter equipment.

- Maintain written records of the exposure monitoring for at least two years.

- Establishes and maintains an audiometric testing program for the employee. This includes annual testing at no cost to the employee and evaluation of the results by a trained technician.

- Informs the employee of any threshold shift in their ability to hear.

- Takes steps through engineering or administrative procedures to reduce the employee exposure to less than 85 DBATWA.

- Provides hearing protectors for employees and requires their use for the following employees:
    - Those employees exposed to more than 85 DBA and
    - Have not had a baseline audiometric test, or
    - Those whose audiometric exams have indicated a threshold shift.
    - Those exposed to more than 90 DBA for an eight-hour TWA.

The Company provides hearing protectors for employees who are required to use them for protection against noise exposure. These protectors will include different types and sizes to meet the variety of fit requirements of employees.

Employees exposed to noise requiring the use of hearing protectors are trained in the use and fit of the protectors. Should anyone believe that they are exposed to noise levels more than the above levels, it should be reported, and the appropriate measures of the exposure will be made.

- Radio headsets

Are not acceptable for hearing protection or allowable when operating any Company equipment.

- Earplugs

Earplugs are made of light and comfortable material and fit in the ear itself. They range from foam disposable cylinders to customized molded plugs. To insert foam earplugs, roll the plug between your thumb and forefinger until it is completely compressed, with the opposite hand, pull the outer ear out and up, and then insert the plug as far into your ear as possible, but not too far. A comfortable fit is all you need.

- Earmuffs

Earmuffs are cushioned and cupped ear coverings attached to a head band. Earmuffs come in a wide variety of sizes and kinds. They are made specifically for certain noise levels and work

16

environments. When using earmuffs, you must make certain there is a perfect seal between the muff and the skin around the ear.

- Otherwise, the earmuffs will offer little protection. Always make sure that your hair, jewelry, and glasses do not interfere with this seal.

In areas where there are extreme noise levels, workers often wear both earplugs and earmuffs at the same time. Check with your supervisor to see what hearing protection is appropriate for you to wear in your workplace.

Protecting Your Head

If your workplace has falling object hazards or exposed electrical conductors, you must wear a hard hat to protect you from a head injury. The hat's shell and suspension act as a shock-absorption system. The head band, straps, and a one-inch space between the shell and the straps work together to protect you from impact hazards. There are three classes of hard hats:

- Class A

Made of a non-conductive material and protects against electrical hazards and falling objects.

- Class B

Made of a non-conductive material and offers the most electrical protection up to 20,000 volts.

- Class C

Offers protection from falling objects only. It is unsuitable for use around electrical hazards or in environments where corrosive chemicals are present.

## Warnings and Precautions

- Never alter or modify the hard hat shell or suspension. This can drastically reduce the amount of protection provided.

- Drilling holes in the hard hat shell for ventilation purposes must be prohibited always.

- Always avoid contact of the hard hat with electrical wires.

- Never use a suspension that is not intended for use with a particular shell or one that is made by a different manufacturer.

- Never carry or wear anything inside of your hard hat between the suspension and the shell. A clearance must be maintained between the hard hat shell and the wearer's head

17

DANDRIDGE_000017

for the protection system to work properly.

- A ball cap or other object may limit this clearance. An object placed under the cap may also contain metal parts that may diminish the dielectric protection provided by the hat. There are some products such as winter liners and sunshades that are designed specifically to work in conjunction with hard hats.

- Be sure to follow manufacturer's recommendations for the use of these products.

## Hard Hats Worn Backward

There is considerable confusion and misinterpretation about whether OSHA allows hard hats to be worn backward. An OSHA Standard Interpretation and Compliance Letter dated July 22, 1992, states:

"Because ANSI only tests and certifies hard hats to be worn with the bill forward (sic), hard hats worn with the bill to the rear would not be considered reliable protection and would not meet the requirements of 29 CFR 1926.100 (a) and (b) unless the hard hat manufacturer certifies that this practice meets the ANSI requirements."

Prior to allowing employees to wear their hats backward, always get written verification from the hard hat manufacturer on whether your hard hat model has been tested and found to be compliant with the requirements of the American National Standards Institute standard when worn with the bill turned to the rear. The manufacturer may specify that proper performance requires the suspension to be reversed in the helmet so that the head band is oriented normally to the wearer's head (i.e., with the brow pad against the forehead and the extended nape strap at the base of the skull). In this manner, only the shell of the helmet is positioned backward on the head.

If you are ever in doubt about the use or maintenance of your hard hat, contact the manufacturer directly for instructions and recommendations. The cost of maintaining and replacing your hard hat is well worth the benefits.

If the hard hat you put on every day is 10 years old and brittle from age, yet comfortable and familiar, do yourself and your family a favor by retiring it. Set it on your shelf as a keepsake and replace it with a hard hat that can provide the intended protection.

## Protecting Your Hands

You should wear gloves if your work exposes you to temperature extremes or harmful substances that can be absorbed through the skin. You should also wear gloves to prevent severe cuts, lacerations, abrasions, punctures, chemical burns, and thermal burns.

DANDRIDGE_000018

No single glove type will protect you against all potential hand hazards. As with most PPE, you must choose the right protection for the job. There are four glove classifications:

- General Purpose

Made of either leather or cotton these gloves offer minor protection from abrasions, cuts, punctures, snags, and minor temperature variations. Leather – being a heavier material – gives overall tougher protection. It will also protect against extreme heat and sparks.

- Cut-Resistant

Made of wire or metal mesh these gloves contain Kevlar, Aramid, or Spectra yarns to reinforce their cut resistance.

- Special Purpose

Manufactured per the jobs for which they are needed. For example, firefighters and smelter workers use specifically insulated gloves designed for use in extreme heat.

- Chemical-Resistant

Prevents contact with and absorption of hazardous chemicals into your body. Because these gloves need to be non-porous, they are usually made of many different materials such as nitrile, neoprene, butyl rubber, or natural rubber.

Before putting on your gloves, always inspect them for rips, holes, or anything that may weaken their effectiveness. If a damaged glove can be repaired, have it repaired immediately. Otherwise, dispose of them and get a new pair.

Always be sure that your gloves fit well. A glove too big or small for your hand will not offer adequate protection.

## Protecting Your Feet

A small object may cause the typical workplace foot injury. The object may be no heavier than seven pounds and may be dropped from a height of less than four feet. Most workers who have suffered foot injury were not wearing safety shoes or boots at the time of the accident.

Protective footwear is designed to guard the feet from impact and compression injuries. Like other safety equipment, the type of protective footwear you need depends upon your job. Some examples of foot protection you might need to avoid hazards while on the job are:

- If you work with packages, objects, parts, or heavy tools, you should wear sturdy protective footwear that has a steel-reinforced toe area.

19

- If you work in areas where there is the potential for sharp objects to penetrate your feet, wear shoes with puncture-resistant soles.

- If your workplace has exposed electrical circuits or wires, you should wear non-conductive shoes.

- If you need to keep free from static charges, you should wear conductive footwear that will drain static charges harmlessly into the ground.

- If you encounter chemicals, you should wear specially coated footwear that will keep hazardous chemicals away from your feet. Full-Protective Clothing.

- Certain situations require the body to be totally covered and protected. Some workers need fire- retardant clothing when working on high-voltage equipment. If you are a healthcare worker, you may need lead-lined clothing to diminish your exposure to x-rays. If you work around traffic, you may need high-visibility clothing. If you work in an area with a high degree of heat, you may need clothing made of a heat-resistant material such as leather.

  If you work with chemicals, you need some of the toughest PPE: chemical-protective clothing made of nitrite, neoprene, butyl rubber, or natural rubber. This type of PPE is necessary in cases where chemicals absorbed through the skin could cause death, injury, or serious illness.

## Chemical-Protective Clothing

- Disposable

Disposable suits are generally lighter and require little maintenance.

- Reusable

Reusable suits required both decontamination and extensive maintenance but would last longer than disposable suits.

## Know the Limitations

PPE gives you a personal line of defense. But PPE should never give you a false sense of security. It's there to protect you in case other safety measures fail. Wear PPE as an added safety feature, not a substitute for other necessary safety procedures.

Familiarize yourself with the limitations of your PPE. Once you know the limitations of the PPE, do not exceed them.

DANDRIDGE_000020

When selecting one piece of PPE to be used with another consider the compatibility between them. Sometimes, one piece of PPE can interfere with the operation of another. For example, safety glasses may prevent a pair of earmuffs from creating the necessary seal between your skin and the earmuff to protect your ear from excessive noise exposure.

## Maintenance and Disposal

Always clean and maintain your PPE properly. Dirty or worn equipment may lose its protective ability. The following are examples of proper PPE maintenance and disposal.

• Wash reusable ear plugs with soap and warm water. Check for any cracks or tears.

• Throw away disposable earplugs at the end of your shift.

• Make sure goggles are clean and straps are in good condition.

• Check your hard hat before each use for cracks, dents, discoloration, brittleness, frayed, or torn suspension. Replace all damaged parts or the entire hat if necessary.

• Make sure you wash your hat at least once a month by soaking the shell and assembly for five minutes in lukewarm water and mild soap.

• Keep gloves and footwear as clean as possible. Check them regularly for tears or worn areas.

• Replace if necessary.

• Become familiar with the life span of PPE and dispose of any defective clothing immediately.

If your PPE is defective or damaged, alert your supervisor immediately. Make sure that it is repaired or replaced. Never use worn or defective PPE. You violate OSHA regulations, endanger yourself, and put your company at risk by using damaged equipment.

Whether you need eye, face, ear, head, hand, foot, or total body protection, you need to use the right personal protective equipment to reduce your risk of injury.

## OSHA Fall Protection (1926.500 Subpart M)

Fall protection is going to be used at any working surface above 6 ft.  Equipment will be inspected daily and the employee that is using the equipment will be trained in the equipment. Prove will be expected on site. All tie off locations will be able to withstand 5000 pounds of down force.

DANDRIDGE_000021

It is the responsibility of GC to ensure that all employees understand and adhere to the procedures of this plan and follow the instructions of the "competent person." A "qualified person" or a registered engineer must approve any changes to this plan.

PURPOSE

The purpose of this fall protection program is to establish guidelines to protect all employees engaged in outdoor or indoor work activities that expose them to potential falls from elevations.

This Fall Protection Program has been developed to prevent the occurrence of falls from elevations of 6 feet or higher. This goal will be accomplished through effective education, engineering, administrative controls, use of all protection systems, and enforcement of the program. This fall protection program will be continually improved upon to prevent all falls from occurring.

Fall protection is required whenever a worker faces a serious risk of injury, including:

- On structures where a worker could fall more than 6 feet; on thrust outs, trusses, beams, purlins, and plates at heights over 6 feet; on a sloped roof.

- To prevent accidental falls at work sites, guardrails, and toe boards or other effective barriers to falls should be used. However, there will be areas where guardrails or other barriers are not feasible. In these cases, workers must use approved personal fall protection systems or positioning devices.

- Two common types of personal fall protection systems that require tie off are fall arrest and travel restraint. Fall arrest systems stop a fall within a few feet of the worker's original position.

  A full body harness is required with a fall arrest system. The system typically consists of a full body harness, a lanyard, a rope grab, a lifeline, and a lifeline anchor. A fall arrest system must be worn when working on a rolling scaffold that is being moved, or when a worker is getting on, working from or getting off suspended access equipment.

- A travel restraint system prevents falls by restraining a worker from getting too close to an unprotected edge. This system usually consists of a safety belt or full body harness, a lanyard, a rope grab, a lifeline, and a lifeline anchor.

- When conventional or personal fall protection is not practical, safety nets must be used instead. Before using safety nets, check to see that the nets are hung with enough clearance to prevent a falling person from hitting the surface or structure below.

22

DANDRIDGE_000022

- Safety nets should be placed within 10 vertical feet and never more than 30 feet below the working surface. Nets must extend at least eight feet beyond the building or structure. If the vertical distance from the working level to the net is greater than 5 feet, then the net must extend 10 feet beyond the building. A net from 10 feet to 30 feet below the working surface must extend 13 feet.

- If you use any type of fall protection equipment including personal fall protection or safety nets, be sure to check that you are using the right equipment for the job, labeled as meeting the requirements of the American National Standards Institute (ANSI) and that the equipment is in good condition.
- Whenever feasible, employers should always set up temporary floors, guardrails, toe boards, or other physical barriers to falls instead of having workers rely on typing off and nets for fall protection. When not feasible, personal fall protection or safety nets must be used. No work should proceed unless the necessary fall protection is in place. The use of fall protection can prevent serious injury and save your life.

## Falling Object Protection

In addition to wearing hard hats, each employee on a scaffold shall be provided with additional protection from falling hand tools, debris, and other small objects through the installation of toe boards, screens, or guardrail systems or through the erection of debris nets, catch platforms, or canopy structures that contain or deflect the falling objects. Guardrails shall be 2 x 4 inches or the equivalent, approximately 42 inches high, with a mid- rail when required. Supports shall be at intervals not to exceed 8 feet.

Toe boards shall be a minimum of 4 inches in height. Where there is a danger of tools, material, or equipment falling from a scaffold and striking employees below, the following provisions apply:

- A toe board shall be erected along the edge of the platforms more than 10 feet above lower levels for a distance sufficient to protect employees below. Toe boards will be capable of withstanding a force of at least 50 pounds applied in any downward or horizontal direction at any point along the toe board. Toe boards shall be securely fastened in place at the outermost edge of the platform and have not more than ¼ inch clearance above the walking/working surface. Toe boards shall be solid or with openings not over one inch in the greatest dimension.

- Where tools, materials, or equipment are piled to a height higher than the top edge of the toe board, paneling, or screening extended from

23

the toe board or platform to the top of the guardrail shall be erected for a distance enough to protect employees below.

• A guardrail system shall be installed with openings small enough to prevent passage of potential falling objects.

• A canopy structure, debris net, or catch platform strong enough to withstand impact forces of the potential falling objects shall be erected over the employees below.

It should be noted that the descriptions of standards provided in this format should not be considered a complete interpretation or expression of such standards. If complete details of specific standards are required, review the applicable standard in 29 CFR PART 1926.

This Fall Protection Plan is based on OSHA regulation 29 CFR Part 1926 Subpart M Fall Protection and is not intended as a complete interpretation of standards. For a complete source of information, consult 29 CFR Part 1926 Subpart M - Fall Protection.

## OSHA Guidelines

Employers must determine if walking/working surfaces meet certain requirements.

• Has employer determined if the walking/working surfaces on which employees are working have the strength and structural integrity to support employees safely?

• Verify that employees can work only on those surfaces that have the requisite strength and structural integrity.

• Employees on a walking/working surface must be protected from falling under certain circumstances.

• Verify that each employee on a walking/working surface (horizontal and vertical) with an unprotected side or edge that is 6 ft. or more above a lower level is protected from falling using guardrail systems, safety net systems, or personal fall arrest systems.

• Employees who are constructing leading edges or working nearby must be protected from falling.

• Verify that each employee who is constructing a leading edge that is 6 ft. or more above lower levels is protected from failing using guardrail systems, safety net systems, or personal fall arrest systems.

24

- Verify that each employee who is constructing a leading edge that is 6 ft. or more above lower levels is protected from failing using guardrail systems, safety net systems, or personal fall arrest systems.

ALSO: When an employer can demonstrate that it is infeasible or creates a greater hazard to use these systems, the employer must develop and implement a fall protection plan that meets the requirements of 29 CFR 1926.502(k). However, there is a presumption that it is feasible and will not create a greater hazard to implement at least one of the above-listed fall protection systems; accordingly, the burden of proof is on the employer to establish that it is appropriate to implement the fall protection plan only.

Verify that each employee on a walking/working surface 6 ft. or more above a lower level where leading edges are under construction, but who is not engaged in the leading-edge work is protected from falling by a guardrail system, safety net system, or personal fall arrest system.

Employees on walking/working surfaces with holes must be protected from falling.

- Verify that each employee on walking/working surfaces is protected from falling through holes (including skylights) more than 6 ft. above lower levels by personal fall arrest systems or covers or guardrail systems erected over or around such holes.

- Verify that each employee on a walking/working surface is protected from tripping in or stepping into or through holes (including skylights) by covers.

- Verify that each employee on a walking/working surface is protected from objects falling through holes (including skylights) by covers.

- Employees above dangerous equipment must be protected from failing.

- Verify that each employee less than 6 ft. above dangerous equipment is protected from falling into or onto the equipment by Guardrail's systems or by equipment guards.

- Verify that each employee 6 ft. (1.8 m) or more above dangerous equipment is protected from fall hazards by guardrail systems, personal fall arrest systems, or safety net systems.

- Employees engaged in roofing activities on low slope roofs must be protected from falling.

25

DANDRIDGE_000025

Except as provided otherwise in 29 CFR 1926.501 (b), verify that each employee engaged in roofing activities on low sloped roofs, with unprotected sides and edges 6 ft. or more above lower levels is protected from falling, by any of the following: guardrail systems; safety net systems; personal fall arrest systems; a combination of a warning line system and guardrail system; a combination of a warning line system and safety net system; a combination of a warning line system and personal fall arrest system; a combination of a warning line system and safety monitoring system; or a safety monitoring system alone (on roofs 50 ft. or less in width only).

Employees on a steep roof must be protected from falling.

- Verify that each employee on a steep roof with unprotected sides and edges 6 ft. or more above lower levels is protected from falling by guardrail systems with toe boards, safety net systems, or personal fall arrest systems.

Employees engaged in the erection of pre-cast concrete members must be protected from falling.

- Verify that each employee who is engaged in the erection of pre-cast concrete members (including but not limited to the erection of wall panels, columns beams, and floor and roof "tees") and related operations (such as grouting of precast concrete members) and who is 6 ft. or more above lower levels is protected from falling by any of the following (unless 29 CFR 1926.501

  (b) provides for an alternative fall protection measure: guardrail systems; safety net systems; or personal fall arrest systems.

ALSO: When the employer can demonstrate that it is infeasible or creates a greater hazard to use these systems, the employer can develop and implement a fall protection plan that meets the requirements of 29 CFR 1926.502(k). However, there is a presumption that it is feasible and will not create a greater hazard to implement at least one of the above-listed fall protection systems; accordingly, the burden of proof is on the employer to establish that it is appropriate to implement the fall protection plan only.

Employers must provide protection from falling objects.

- Verify that when employees are exposed to falling objects, the employer has each employee wear a hard hat and implements one of the following actions: erects toe boards, screens, or guardrail systems to prevent objects from falling from higher levels; erects a canopy structure and keeps potential fall objects far enough from the edge of the higher level so that objects will

26

DANDRIDGE_000026

not go over the edge if they are accidentally displaced; or barricades the area to which objects could fall, prohibits employees from entering the barricaded area, and keeps objects that may fall far enough away from the edge of the higher level so that those objects will not go over the edge if they are accidentally displaced.

## TYPES OF FALL PROTECTION SYSTEMS

- Articulating man lift
  - An articulating man lift is provided with a restraint system and a full body harness attached to an anchor point below the waist (preferably at the floor level).

- Guardrails with toe boards.

- Personal fall arrest systems.

- Anchor points (rated at 5,000 pounds).

- Full body harnesses.

- Restraint line or lanyard.

- Shock absorbing lanyard.

- Retractable lanyard.

- Rope grabs.

- Connectors (self-locking snap hooks).

- Engineered lifelines.

- Warning lines.

- Safety nets.

- Safety monitor systems.

Appropriate fall protection will be determined by the task (job) to be performed.

DANDRIDGE_000027

## FALL PROTECTION LOCATIONS

Fall protection is required wherever the potential to fall 6 feet or more exists. The following work site locations have been identified for fall protection:

- All flat and low sloped roof locations when within 6 feet of the roof edge or during roof repair/ maintenance (4:12 pitch or less).

- All exterior and interior fixed ladders above 20 feet.

- All mezzanine and balcony edges.

- All tasks require the use of the articulating man lifts.
- All tasks requiring employees to lean outside the vertical rails of ladders (i.e., painting, stairwell light bulb replacement, etc.).

- Scaffolding erection - 10 feet in height or greater.

- Mezzanine/catwalk areas - whenever an employee must step outside the catwalk additional fall protection (i.e., 6-foot lanyard to full body harness, SRL, or rope grab system) should be used.

- Fall protection is not needed if an employee or employees are on a low slope roof (less than 4/12 pitch) for inspection/ observation only!

## FALL PROTECTION GUIDELINES – OPTIONS

a.    Engineering Controls

This should always be our first option for selection whenever possible (i.e., light bulb changing, telescoping arm, changing valve, relocate at ground level) or utilizing a contractor in extremely hazardous areas.

b.    Guardrails

On all projects, only guardrails made from steel, wood, and wire rope will be acceptable. All guardrail systems will comply with the current OSHA standards (i.e., withstand 200 pounds of force, 42" high, mid-rail, and toe board). These guardrails will be placed in the following areas if necessary or feasible based on job location or requirements:

- On all open sided floors.

- Around all open excavations or pits.

28

DANDRIDGE_000028

- On leading edges of roofs or mezzanines.

See Appendix B for guidelines on guard rails

c.      Personal Fall Protection Systems

All employees on any project that will be required to wear a personal fall arrest or restraint system will follow these guidelines:

- A full body harness will be used always.

- All personal fall arrest systems will be inspected before each use by the employee.

- Any deteriorated, bent, damaged, impacted and/or harness showing excessive wear will be removed from service.
- Connectors will be inspected to ensure they are drop forged, pressed, or formed steel or are made of equivalent materials and that they have a corrosion resistant finish as well as that all surfaces and edges are smooth to prevent damage to interfacing parts of the system.
- Verify that D rings and snap hooks have a minimum tensile strength of 5,000 lbs. and that the D rings and snap hooks are proof tested to a minimum tensile load of 3,600 lbs. without cracking, breaking, or taking permanent deformation.

- Only shock absorbing lanyards or retractable lanyards are to be used to keep impact forces at a minimum on the body (fall arrest systems).

- Only nylon rope or nylon straps with locking snap hooks are to be used for restraints.

- All lanyards will have self-locking snap hooks.

- Verify that unintentional disengagement of snap hooks is prevented by either of the following means:

- Snap hooks are a compatible size for the member to which they are connected.

- Locking type snap hooks are used. (Effective January 1998, only locking type snap hooks may be used)

Verify that unless the snap hook is a locking type and is designed for the following connections, snap hooks are not engaged in the following manners: directly to webbing, rope, or wire rope to each other; to a D ring to which another snap hook or another

DANDRIDGE_000029

connector is attached; to a horizontal lifeline; or to any object that is incompatibly shaped; or dimensioned in relation to the snap hook such that unintentional disengagement could occur by the connected object being able to depress the snap hook keeper and release itself.

The maximum free fall distance is not to exceed 6 feet. Consideration must be given to the total fall distance. The following factors can affect total fall distance:

• The length of connecting means (i.e., lanyard length, use of carabiners, snap hooks, etc.).

• Position and height of anchorage relative to work platform/area (always keep above head whenever possible).

• The position of attachment and D-ring slide on the full body harness.

• Deployment of the shock absorber (max 42").

• Movement in a lifeline.

• The initial position of the worker before free fall occurs (i.e., sitting, standing, etc.).
    Calculating Total Fall Distance

It is the total length of shock absorbing lanyard + height of the person + the location distance of the D-ring from the work surface or platform.

Always allow a minimum of 6 feet of clearance above the ground, equipment, etc. at the end of the fall from the fall arrest point.

## Engineered Lifeline

Lifeline systems must be designed and approved by an engineer or qualified person.

Lifeline systems must be engineered to have appropriate anchorages, strength of line designed to hold X number of individuals connected to it, line strength to aid in the arrest of a fall, and durability to hold a fallen employee(s) suspended until rescue can occur.

See Appendix C for guidelines on lifelines.

## Warning Line System

All greater than 50 feet wide flat roof (i.e., roof with less than 4/12 slope) work which is performed 6 feet or further back from the edge of the roof can be completed by installing a Warning Line. Warning Lines will consist of the following:

DANDRIDGE_000030



# Kevin C. Dandridge
# 1 Life Safety Consultation

**4611 E Chandler Blvd**
**Suite 112-163**
**Phoenix Arizona 85048**
**602.799.4800 / Cell**
kdandridge@1lifesafety

# Background and Qualifications.

# Kevin Dandridge

# Owner



---

# Background and Qualifications

---

Summary of Qualifications

• Bachelor of Science degree in Business Management from the University of Phoenix in 2008

•       Have completed 510 and 500 OSHA certifications. Able to certify students in 10 and 30-hour courses

•       Disaster worker Trainer (1 of 20 Nationally)

•       Haz-whopper 40 Certified Instructor

•       NPF40E Certification. Train the Trainer for Arc Flash Low and High Voltage

•       Authorized to Train Lock Out Tag Out

•       Authorized to Train Class IV Asbestos, Lead, and Hazardous material

•       Trainer in GHS for new SDS programs.

•       Manage all workman's comp cases and Risk Management

•       Authorized to Certify Boom Lift, MEWP, and Fork Lift, operators

•       Authorized to work on Intel sites. Clean room Experience

•       First Aid/ CPR/ AED trainer

•Expert witness in Safety related cases



List of Depositions:

November 5th, 2018

Holt Logistics VS Lexington Insurance

Merlin Law Group for the Plaintiff

Holt Logistics


February 14th, 2019

City of Rye VS Travelers Property Casualty Company

Merlin Law Group for the Plaintiff

City Of Rye Castle


June 4th, 2021

SCF, LLC vs Hartford Fire Insurance Co.

McWherter, Scott & Bobbitt PLC for the Plaintiff

Sparks Custom Fab


October 07th, 2022

Pagosa Lodging, LLC VS Midwest Family Mutual Insurance Company

Anderson Law Group for the Plaintiff

Pagosa Springs


January 19, 2023

Antonio Ayala Rodriguez VS DBSI, JR Construction

Fletcher Farley for the Defendant

Injury Case

DANDRIDGE_000163



## Professional Experience

**Addison Riley**
**Safety Consultant**                                      Nov 2022 to Present

**1 Life Safety Consultation**
**Owner**                                                  July 2018 to Present

**DBSI, Unified Disaster Resources, and Design Drywall**
**National Safety Director**                               June 2013 to Present

- Develop and Oversee Safety programs for 3 Companies Nationally
- Design working Safety programs for Clients and site-specific locations
- Consultant to Adjusters Nationally
- Active Consultant to 4 law firms for safety and construction as well as an expert witness for their clients.
- Maintain and oversee Fleet for all companies.
- Teach Arc flash classes
- Teach OSHA 10 and 30 Hour Courses
- Oversee budgets, trade vendor contracts, and regional guidelines
- Provide guidance on day-to-day tasks of employees including career advancement, training, and personal goals
- Oversee bids for new Clientele
- Plan review to make sure safety is incorporated and budgeted.
- Promote trade partner relations
- Work with Insurance companies in Risk assessment

I have not authored any publications in the past 10 years.

I am being compensated at an hourly rate of $250.00 for the work on this project not including any travel cost or per-diem.

I have 15 years in Safety review and consultation as well as 20 years in the building industry. I have done Safety review and consultation on commercial, residential, shipyard, chemical plants, industrial sites and ship dismantling yards.

DANDRIDGE_000164